CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Fax: (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Fax: (415) 433-6382

Attorneys for Plaintiffs

THOMAS E. MOORE III (SBN 115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: (650) 798-5352
Fax: (650) 798-5001

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Fax: (415) 397-7188

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES; BILL OF RIGHTS DEFENSE COMMITTEE; CALGUNS FOUNDATION, INC.; CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC.; COUNCIL ON AMERICAN ISLAMIC RELATIONS-CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS-OHIO; COUNCIL ON AMERICAN ISLAMIC RELATIONS- FOUNDATION, INC; FRANKLIN ARMORY, INC.; FREE PRESS; FREE SOFTWARE FOUNDATION; GREENPEACE; HUMAN RIGHTS WATCH; MEDIA ALLIANCE; NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, CALIFORNIA CHAPTER; OPEN TECHNOLOGY INSTITUTE; PEOPLE FOR THE AMERICAN WAY; PUBLIC KNOWLEDGE; STUDENTS FOR SENSIBLE DRUG POLICY; TECHFREEDOM; and UNITARIAN UNIVERSALIST SERVICE COMMITTEE;<br>Plaintiffs, | Case No. CV 13 3287<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Local Rule 3-16 |

---

CERTIFICATION OF INTERESTED ENTITIES

1 | v. )
 | )
2 | NATIONAL SECURITY AGENCY and KEITH )
 | B. ALEXANDER, its Director, in his official and )
3 | individual capacities; the UNITED STATES OF )
 | AMERICA; DEPARTMENT OF JUSTICE and )
4 | ERIC H. HOLDER, its Attorney General, in his )
 | official and individual capacities; Acting Assistant )
5 | Attorney General for National Security JOHN P. )
 | CARLIN, in his official and individual capacities; )
6 | FEDERAL BUREAU OF INVESTIGATION and )
 | ROBERT S. MUELLER, its Director, in his )
7 | official and individual capacities; JAMES R. )
 | CLAPPER, Director of National Intelligence, in )
8 | his official and individual capacities, and DOES 1- )
 | 100, )
9 | )
 | Defendants. )
10 | )

CERTIFICATION OF INTERESTED ENTITIES

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, Plaintiffs certify that to their knowledge, except for the below, no entities other than the parties themselves have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding. The two exceptions are:

1. Franklin Armory, which is a wholly owned subsidiary of CBE, Inc., and
2. Open Technology Institute, which is a project of the New America Foundation.

Dated: July 16, 2013                    Respectfully submitted,

CINDY COHN
LEE TIEN
KURT OPSAHL
MATTHEW ZIMMERMAN
MARK RUMOLD
DAVID GREENE
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

RACHAEL E. MENY
MICHAEL S. KWUN
BENJAMIN W. BERKOWITZ
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111

1
CERTIFICATION OF INTERESTED ENTITIES

1  ARAM ANTARAMIAN
   aram@eff.org
2  LAW OFFICE OF ARAM ANTARAMIAN
   1714 Blake Street
3  Berkeley, CA 94703

4  Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   2
   CERTIFICATION OF INTERESTED ENTITIES