| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: 415/391-5400; Fax: 415/397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: 415/436-9333; Fax: 415/436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@moorelawteam.com | Tel.: 415/433-3200; Fax: 415/433-6382 |
| THE MOORE LAW GROUP | |
| 228 Hamilton Avenue, 3rd Floor | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94301 | aram@eff.org |
| Tel.: 650/244-1500; Fax: 650/798-5001 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Tel.: 510/289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES; BILL OF RIGHTS DEFENSE COMMITTEE; CALGUNS FOUNDATION, INC.; CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC.; COUNCIL ON AMERICAN ISLAMIC RELATIONS-CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS-OHIO; COUNCIL ON AMERICAN ISLAMIC RELATIONS-FOUNDATION, INC.; FRANKLIN ARMORY; FREE PRESS; FREE SOFTWARE FOUNDATION; GREENPEACE, INC.; HUMAN RIGHTS WATCH; MEDIA ALLIANCE; NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, CALIFORNIA CHAPTER; OPEN TECHNOLOGY INSTITUTE; PEOPLE FOR THE AMERICAN WAY; PUBLIC KNOWLEDGE; STUDENTS FOR SENSIBLE DRUG POLICY; TECHFREEDOM; and UNITARIAN UNIVERSALIST SERVICE COMMITTEE;<br>　　　　　　　Plaintiffs,<br>　　v.<br>NATIONAL SECURITY AGENCY and KEITH | Case No: 13-cv-03287 JCS<br><br>**NOTICE OF APPEARANCE OF DAVID GREENE**<br><br>Hon. Joseph C. Spero<br>Courtroom G - 15th Floor |

| | |
|---|---|
| 1 | B. ALEXANDER, its Director, in his official and individual capacities; the UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE and ERIC H. HOLDER, its Attorney General, in his official and individual capacities; Acting Assistant Attorney General for National Security JOHN P. CARLIN, in his official and individual capacities; FEDERAL BUREAU OF INVESTIGATION and ROBERT S. MUELLER, its Director, in his official and individual capacities; JAMES R. CLAPPER, Director of National Intelligence, in his official and individual capacities, and DOES 1-100, |
| | Defendants. |

1  **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR**

2  **ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that the following counsel has been added to this case and

4  will be appearing as co-counsel of record for Plaintiffs.

DAVID GREENE
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: 415/436-9333
Fax: 415/436-9993
davidg@eff.org

DATED: July 18, 2013            Respectfully submitted,

                                        /s/ David Greene
DAVID GREENE
CINDY COHN
LEE TIEN
KURT OPSAHL
MATTHEW ZIMMERMAN
MARK RUMOLD
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III
THE MOORE LAW GROUP

RACHAEL E. MENY
MICHAEL S. KWUN
BENJAMIN W. BERKOWITZ
KEKER & VAN NEST, LLP

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN

Attorneys for Plaintiffs

---

Case No.: 13-cv-03287 JCS      NOTICE OF APPEARANCE OF DAVID GREENE

1