CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: 415/436-9333; Fax: 415/436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Tel.: 650/244-1500; Fax: 650/798-5001

Attorneys for Plaintiffs

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Tel.: 415/391-5400; Fax: 415/397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Tel.: 415/433-3200; Fax: 415/433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Tel.: 510/289-1626

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES; BILL OF RIGHTS DEFENSE COMMITTEE; CALGUNS FOUNDATION, INC.; CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC.; COUNCIL ON AMERICAN ISLAMIC RELATIONS-CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS-OHIO; COUNCIL ON AMERICAN ISLAMIC RELATIONS-FOUNDATION, INC.; FRANKLIN ARMORY; FREE PRESS; FREE SOFTWARE FOUNDATION; GREENPEACE, INC.; HUMAN RIGHTS WATCH; MEDIA ALLIANCE; NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, CALIFORNIA CHAPTER; OPEN TECHNOLOGY INSTITUTE; PEOPLE FOR THE AMERICAN WAY; PUBLIC KNOWLEDGE; STUDENTS FOR SENSIBLE DRUG POLICY; TECHFREEDOM; and UNITARIAN UNIVERSALIST SERVICE COMMITTEE;<br>　　　　　　　　Plaintiffs,<br>　v.<br>NATIONAL SECURITY AGENCY and KEITH | Case No: 13-cv-03287 JCS<br><br>**NOTICE OF APPEARANCE OF ARAM ANTARAMIAN**<br><br>Hon. Joseph C. Spero<br>Courtroom G - 15th Floor |

| | |
|---|---|
| 1 | B. ALEXANDER, its Director, in his official and individual capacities; the UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE and ERIC H. HOLDER, its Attorney General, in his official and individual capacities; Acting Assistant Attorney General for National Security JOHN P. CARLIN, in his official and individual capacities; FEDERAL BUREAU OF INVESTIGATION and ROBERT S. MUELLER, its Director, in his official and individual capacities; JAMES R. CLAPPER, Director of National Intelligence, in his official and individual capacities, and DOES 1-100, |
| | Defendants. |

Case No.: 13-cv-03287 JCS        NOTICE OF APPEARANCE OF ARAM ANTARAMIAN

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the following counsel has been added to this case and will be appearing as co-counsel of record for Plaintiffs.

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: 510/289-1626
aram@eff.org

DATED:  July 19, 2013              Respectfully submitted,

                                         /s/ Aram Antaramian
                                   ARAM ANTARAMIAN
                                   LAW OFFICE OF ARAM ANTARAMIAN

                                   CINDY COHN
                                   LEE TIEN
                                   KURT OPSAHL
                                   MATTHEW ZIMMERMAN
                                   MARK RUMOLD
                                   DAVID GREENE
                                   JAMES S. TYRE
                                   ELECTRONIC FRONTIER FOUNDATION
                                   RICHARD R. WIEBE
                                   LAW OFFICE OF RICHARD R. WIEBE

                                   THOMAS E. MOORE III
                                   THE MOORE LAW GROUP

                                   RACHAEL E. MENY
                                   MICHAEL S. KWUN
                                   BENJAMIN W. BERKOWITZ
                                   KEKER & VAN NEST, LLP

                                   Attorneys for Plaintiffs

1

Case No.: 13-cv-03287 JCS          NOTICE OF APPEARANCE OF ARAM ANTARAMIAN