AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, et al.<br>*Plaintiff*<br>v.<br>NATIONAL SECURITY AGENCY, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  13-cv-03287 JSW<br>)<br>)<br>) |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Please see attached sheet.

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>　　　Cindy Cohn, Esq.
>　　　Electronic Frontier Foundation
>　　　815 Eddy Street
>　　　San Francisco, CA 94109
>　　　Tel: (415) 436-9333

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Richard W. Wieking*

Date:  September 10, 2013



*Signature of Clerk or Deputy Clerk*

*Unitarian Universalist Service Committee, et al. v. National Security Agency, et al.*
**Summons in a Civil Action**
**Defendants' Names and Addresses**

NATIONAL SECURITY AGENCY
9800 Savage Rd.
Fort Meade, MD 20755

KEITH B. ALEXANDER
Director
National Security Agency
9800 Savage Rd.
Fort Meade, MD 20755
(in his official and individual capacities)

UNITED STATES OF AMERICA
c/o U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

ERIC H. HOLDER
Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(in his official and individual capacities)

JOHN P. CARLIN
Acting Assistant Attorney General for
National Security
U.S. DEPARTMENT OF JUSTICE
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(in his official and individual capacities)

FEDERAL BUREAU OF
INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

JAMES COMEY
Director of the Federal Bureau of
Investigation
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001
(in his official and individual capacities)

ROBERT S. MUELLER
Former Director of the Federal Bureau
of Investigation
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001
(in his individual capacity)

JAMES R. CLAPPER
Director of National Intelligence
Office of the Director of National
Intelligence
Washington, DC 20511
(in his official and individual capacities)

and DOES 1-100

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-03287 JSW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: