| | |
|---|---|
| CINDY COHN (SBN 145997) <br> cindy@eff.org <br> LEE TIEN (SBN 148216) <br> KURT OPSAHL (SBN 191303) <br> MATTHEW ZIMMERMAN (SBN 212423) <br> MARK RUMOLD (SBN 279060) <br> DAVID GREENE (SBN 160107) <br> JAMES S. TYRE (SBN 083117) <br> ELECTRONIC FRONTIER FOUNDATION <br> 815 Eddy Street <br> San Francisco, CA 94109 <br> Tel.: (415) 436-9333; Fax: (415) 436-9993 <br><br> THOMAS E. MOORE III (SBN 115107) <br> tmoore@moorelawteam.com <br> ROYSE LAW FIRM, PC <br> 1717 Embarcadero Road <br> Palo Alto, CA 94303 <br> Tel.: 650-813-9700; Fax: 650-813-9777 <br><br> Attorneys for Plaintiffs | RACHAEL E. MENY (SBN 178514) <br> rmeny@kvn.com <br> MICHAEL S. KWUN (SBN 198945) <br> BENJAMIN W. BERKOWITZ (SBN 244441) <br> KEKER & VAN NEST, LLP <br> 633 Battery Street <br> San Francisco, California 94111 <br> Tel.: (415) 391-5400; Fax: (415) 397-7188 <br><br> RICHARD R. WIEBE (SBN 121156) <br> wiebe@pacbell.net <br> LAW OFFICE OF RICHARD R. WIEBE <br> One California Street, Suite 900 <br> San Francisco, CA 94111 <br> Tel.: (415) 433-3200; Fax: (415) 433-6382 <br><br> ARAM ANTARAMIAN (SBN 239070) <br> aram@eff.org <br> LAW OFFICE OF ARAM ANTARAMIAN <br> 1714 Blake Street <br> Berkeley, CA 94703 <br> Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES; ACORN ACTIVE MEDIA; BILL OF RIGHTS DEFENSE COMMITTEE; CALGUNS FOUNDATION, INC.; CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC.; CHARITY AND SECURITY NETWORK; COUNCIL ON AMERICAN ISLAMIC RELATIONS-CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS-OHIO; COUNCIL ON AMERICAN ISLAMIC RELATIONS-FOUNDATION, INC.; FRANKLIN ARMORY; FREE PRESS; FREE SOFTWARE FOUNDATION; GREENPEACE, INC.; HUMAN RIGHTS WATCH; MEDIA ALLIANCE; NATIONAL LAWYERS GUILD; NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, CALIFORNIA CHAPTER; PATIENT PRIVACY RIGHTS; PEOPLE FOR THE AMERICAN WAY; PUBLIC KNOWLEDGE; SHALOM CENTER; STUDENTS FOR SENSIBLE DRUG POLICY; TECHFREEDOM; and UNITARIAN UNIVERSALIST SERVICE COMMITTEE, <br><br> Plaintiffs, | Case No: 3:13-cv-03287 JSW <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** <br><br> Hon. Jeffrey S. White <br> Courtroom 11 - 19th Floor |

PROOF OF SERVICE

| | |
|---|---|
| 1 | v. )<br>) |
| 2 | NATIONAL SECURITY AGENCY and KEITH )<br>B. ALEXANDER, its Director, in his official and ) |
| 3 | individual capacities; the UNITED STATES OF )<br>AMERICA; DEPARTMENT OF JUSTICE and ) |
| 4 | ERIC H. HOLDER, its Attorney General, in his )<br>official and individual capacities; Acting Assistant ) |
| 5 | Attorney General for National Security JOHN P. )<br>CARLIN, in his official and individual capacities; ) |
| 6 | FEDERAL BUREAU OF INVESTIGATION and )<br>JAMES B. COMEY, its Director, in his official ) |
| 7 | and individual capacities; ROBERT S. )<br>MUELLER, former Director of the FEDERAL ) |
| 8 | BUREAU OF INVESTIGATION, in his individual)<br>capacity; JAMES R. CLAPPER, Director of ) |
| 9 | National Intelligence, in his official and individual )<br>capacities, and DOES 1-100, ) |
| 10 | )<br>Defendants. ) |
| 11 | ) |

PROOF OF SERVICE
CASE NO. 13-cv-3287 JSW

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name. State Bar number. and address)* | FOR COURT USE ONLY |
|---|---|
| James S. Tyre | SBN: 083117<br>Electronic Frontier Foundation<br>815 Eddy Street   San Francisco, CA 94102 | |
| TELEPHONE NO.: (415) 436-9333 | FAX NO. (415) 436-9993 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

| | |
|---|---|
| **United States District Court** | |
| STREET ADDRESS: 450 Golden Gate Avenue | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: San Francisco, CA 94102 | |
| BRANCH NAME: Northern District of California | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: FIRST UNITARIAN CHURCH OF LOS ANGELES, ET AL. | CASE NUMBER:<br>3:13-CV-03287 JSW |
| DEFENDANT/RESPONDENT: NATIONAL SECURITY AGENCY, ET AL. | |

| | |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>215 PRIVACY |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

LETTER DATED SEPTEMBER 10, 2013; SUMMONS; COMPLAINT; CERTIFICATE OF INTERESTED ENTITIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; JUDGE SPERO'S STANDING ORDERS; STANDING ORDER FOR ALL JUDGES IN THE NORTHERN DISTRICT OF CALIFORNIA; RELATED CASE MOTION IN JEWEL V. NSA; ORDER RELATING CASES; REASSIGNMENT ORDER; ORDER SETTING CASE MANAGEMENT CONFERENCE ; JUDGE WHITE'S STANDING ORDERS; NOTICE OF APPEARANCE OF DAVID GREENE; NOTICE OF APPEARANCE OF ARAM ANTARAMIAN; ECF REGISTRATION HANDOUT; WELCOME TO THE USDC ND CA SAN FRANCISCO LOCAL RULES; ADR PACKET; FIRST AMENDED COMPLAINT; AMENDED SUMMONS

| | |
|---|---|
| PARTY SERVED: | **MELINDA HAAG, UNITED STATES DISTRICT ATTORNEY** |
| PERSON SERVED: | **Diann Lackey - Paralegal Specialist** |
| DATE & TIME OF DELIVERY: | **9/10/2013**<br>**3:52 PM** |
| ADDRESS, CITY, AND STATE: | **450 GOLDEN GATE AVENUE, 11th FLOOR**<br>**SAN FRANCISCO, CA 94102** |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 60.00
   County:  San Francisco
   Registration No.:  1010
   Specialized Legal Services, Inc.
   1112 Bryant St., Suite 200
   San Francisco, CA 94103
   (415) 357-0500
   Ref: 215 PRIVACY

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on   September 13, 2013

Signature: *Mary Schwab*
                   Mary Schwab

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                              Order#: P107952/General