| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>MATTHEW ZIMMERMAN (SBN 212423)<br>MARK RUMOLD (SBN 279060)<br>DAVID GREENE (SBN 160107)<br>JAMES S. TYRE (SBN 083117)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel.: (415) 436-9333; Fax: (415) 436-9993<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@moorelawteam.com<br>ROYSE LAW FIRM, PC<br>1717 Embarcadero Road<br>Palo Alto, CA 94303<br>Tel.: 650-813-9700; Fax: 650-813-9777<br><br>Attorneys for Plaintiffs | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>MICHAEL S. KWUN (SBN 198945)<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Tel.: (415) 391-5400; Fax: (415) 397-7188<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel.: (415) 433-3200; Fax: (415) 433-6382<br><br>ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES; ACORN ACTIVE MEDIA; BILL OF RIGHTS DEFENSE COMMITTEE; CALGUNS FOUNDATION, INC.; CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC.; CHARITY AND SECURITY NETWORK; COUNCIL ON AMERICAN ISLAMIC RELATIONS-CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS-OHIO; COUNCIL ON AMERICAN ISLAMIC RELATIONS-FOUNDATION, INC.; FRANKLIN ARMORY; FREE PRESS; FREE SOFTWARE FOUNDATION; GREENPEACE, INC.; HUMAN RIGHTS WATCH; MEDIA ALLIANCE; NATIONAL LAWYERS GUILD; NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, CALIFORNIA CHAPTER; PATIENT PRIVACY RIGHTS; PEOPLE FOR THE AMERICAN WAY; PUBLIC KNOWLEDGE; SHALOM CENTER; STUDENTS FOR SENSIBLE DRUG POLICY; TECHFREEDOM; and UNITARIAN UNIVERSALIST SERVICE COMMITTEE,<br><br>                          Plaintiffs, | Case No: 3:13-cv-03287 JSW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

PROOF OF SERVICE

1 |      v.

2 | NATIONAL SECURITY AGENCY and KEITH B. ALEXANDER, its Director, in his official and individual capacities; the UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE and ERIC H. HOLDER, its Attorney General, in his official and individual capacities; Acting Assistant Attorney General for National Security JOHN P. CARLIN, in his official and individual capacities; FEDERAL BUREAU OF INVESTIGATION and JAMES B. COMEY, its Director, in his official and individual capacities; ROBERT S. MUELLER, former Director of the FEDERAL BUREAU OF INVESTIGATION, in his individual capacity; JAMES R. CLAPPER, Director of National Intelligence, in his official and individual capacities, and DOES 1-100,

                Defendants.

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 815 Eddy Street, San Francisco, California 94109.

On September 10, 2013, I served the following documents:

- Complaint
- Summons
- Certificate of Interested Entities
- Order Setting Initial Case Management Conference
- Judge Spero's Standing Orders
- Standing Order for All Judges in the Northern District of California
- Related Case Motion in *Jewel v. NSA*
- Order Relating Cases
- Reassignment Order
- Order Setting Case Management Conference
- Judge White's Standing Orders
- Notice of Appearance of David Greene
- Notice of Appearance of Aram Antaramian
- ECF Registration Handout
- Welcome to the USDC ND CA San Francisco
- ADR Packet
- First Amended Complaint
- Amended Summons

on the person(s) below as follows:

X   By United States Certified/Return Receipt Mail- I enclosed the documents in a sealed envelope addressed to:

| | |
|---|---|
| NATIONAL SECURITY AGENCY<br>9800 Savage Rd.<br>Fort Meade, MD 20755 | UNITED STATES OF AMERICA<br>c/o U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| KEITH B. ALEXANDER<br>Director<br>National Security Agency<br>9800 Savage Rd.<br>Fort Meade, MD 20755<br>(in his official and individual capacities) | U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>ERIC H. HOLDER<br>Attorney General<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>(in his official and individual capacities) |

| | |
|---|---|
| JOHN P. CARLIN<br>Acting Assistant Attorney General for<br>National Security<br>U.S. DEPARTMENT OF JUSTICE<br>National Security Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>(in his official and individual<br>capacities)<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>JAMES COMEY<br>Director of the Federal Bureau of<br>Investigation<br>FBI Headquarters<br>935 Pennsylvania Avenue, NW | Washington, D.C. 20535-0001<br>(in his official and individual<br>capacities)<br><br>ROBERT S. MUELLER<br>Former Director of the Federal Bureau<br>of Investigation<br>FBI Headquarters<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br>(in his individual capacity)<br><br>JAMES R. CLAPPER<br>Director of National Intelligence<br>Office of the Director of National<br>Intelligence<br>Washington, DC 20511<br>(in his official and individual<br>capacities) |

and deposited the sealed envelopes with the United States Postal Service, with postage thereon fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on September 23, 2013.

*Stephanie Shattuck* (signature)
Stephanie Shattuck