STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
tony.coppolino@usdoj.gov
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*., | Case No. 3:13-cv-03287 JSW |
| Plaintiffs, | **MOTION FOR A STAY OF CASE MANAGEMENT CONFERENCE AND DEADLINE FOR RESPONDING TO THE COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al*., | |
| Defendants. | No hearing requested |
| | Hon. Jeffrey S. White |
| | Courtroom 11 – 19th Floor |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE THAT the United States of America and the Government defendants sued in their official capacities will and hereby do move the Court, pursuant to Civil Local Rule 7-11, for a stay of the Case Management Conference and the deadline for defendants to respond to the complaint in the above-captioned case in light of the recent lapse in Government appropriations.

Mot. for a Stay in Light of Lapse in Appropriations, *First Unitarian Church of Los Angeles v. NSA* (13-3287 JSW)

1

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including defendant National Security Agency (NSA). The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of NSA are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, in the present circumstances, the undersigned Department of Justice attorneys are obligated to file the instant motion for a stay.

3. Undersigned counsel for the Department of Justice therefore request a stay of the following upcoming events or deadlines until Congress has restored appropriations to the Department and NSA: the Case Management Conference, scheduled for November 8, 2013; the joint case management statement, currently due on November 1, 2013; and the deadline for all defendants (including defendants sued in their individual capacities, who are also represented by the Department of Justice) to respond to the complaint, currently November 12, 2013.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department and NSA. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has informed counsel for the Government that plaintiffs oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the Case Management Conference and the

deadlines for the joint case management statement and for all defendants to respond to the complaint, until Department of Justice attorneys and NSA employees are permitted to resume their usual civil litigation functions.

Dated:  October 7, 2013                              Respectfully Submitted,

                                              STUART F. DELERY
                                              Assistant Attorney General

                                              JOSEPH H. HUNT
                                              Director, Federal Programs Branch

                                              ANTHONY J. COPPOLINO
                                              Deputy Branch Director
                                              tony.coppolino@usdoj.gov


                                                 *s/ Marcia Berman*
                                              JAMES J. GILLIGAN
                                              Special Litigation Counsel
                                              MARCIA BERMAN
                                              Senior Trial Counsel
                                              marcia.berman@usdoj.gov
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, NW, Rm. 7132
                                              Washington, D.C. 20001
                                              Phone: (202) 514-2205
                                              Fax: (202) 616-8470
                                              *Attorneys for the Government Defendants*
                                                 *Sued in their Official Capacities*

Mot. for a Stay in Light of Lapse in Appropriations, *First Unitarian Church of Los Angeles v. NSA* (13-3287 JSW)

**DECLARATION**

I, Marcia Berman, hereby declare under penalty of perjury, pursuant to Civil Local Rule 7-11(a), that a stipulation for this motion could not be obtained because plaintiffs oppose the motion.

Dated: Oct. 7, 2013                              *s/ Marcia Berman*
                                                 MARCIA BERMAN

Mot. for a Stay in Light of Lapse in Appropriations, *First Unitarian Church of Los Angeles v. NSA* (13-3287 JSW)