**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, | ) ) ) | Case No. 3:13-cv-03287 JSW   **DENYING** **[PROPOSED] ORDER** ~~IN SUPPORT OF~~ **MOTION FOR A STAY OF CASE MANAGEMENT CONFERENCE AND DEADLINE FOR RESPONDING TO THE COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| Plaintiffs, v. | ) ) ) ) | |
| NATIONAL SECURITY AGENCY, *et al.*, | ) ) | |
| Defendants. | ) ) | No hearing requested Hon. Jeffrey S. White Courtroom 11 – 19th Floor |

**[~~PROPOSED~~] ORDER**

~~AND NOW, this _____ day of _____, 2013, upon consideration of the Motion for a Stay of Case Management Conference and Deadline for Responding to the Complaint in Light of Lapse of Appropriations, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the Case Management Conference, joint case management statement, and deadline to respond to the complaint are STAYED until Congress has restored appropriations to the Department of Justice and the National Security Agency. Counsel for defendants will notify the Court as soon as Congress has appropriated funds for the Department of Justice and the National Security Agency. At that point, the stayed deadlines shall be extended commensurate with the duration of the lapse in appropriations.~~  All deadlines shall remain as previously set.

Dated: October 8, 2013        IT IS SO ORDERED.

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge

Mot. for a Stay in Light of Lapse in Appropriations, *First Unitarian Church of Los Angeles v. NSA* (13-3287 JSW)