1 | CINDY COHN (SBN 145997)
cindy@eff.org
2 | LEE TIEN (SBN 148216)
3 | KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
4 | MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
5 | JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
6 | 815 Eddy Street
San Francisco, CA 94109
7 | Tel.: (415) 436-9333; Fax: (415) 436-9993
8
THOMAS E. MOORE III (SBN 115107)
9 | tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
10 | 1717 Embarcadero Road
Palo Alto, CA 94303
11 | Tel.: 650-813-9700; Fax: 650-813-9777
12
Attorneys for Plaintiffs
13

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Tel.: (415) 391-5400; Fax: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 433-3200; Fax: (415) 433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Tel.: (510) 289-1626

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16

## SAN FRANCISCO DIVISION

17 | FIRST UNITARIAN CHURCH OF LOS
18 | ANGELES, *et al*.,

19 |                    Plaintiffs,

20 |       v.

21 | NATIONAL SECURITY AGENCY, *et al*.,

22 |                    Defendants.

23

24

25

26

27

28

Case No: 3:13-cv-03287 JSW

**DECLARATION OF THOMAS E.
MOORE III IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Date:  February 7, 2014
Time: 9:00 A.M.
Hon. Jeffrey S. White
Courtroom 11 - 19th Floor

DECLARATION OF THOMAS E. MOORE III ISO PLAINTIFFS' MSJ

1    I, Thomas E. Moore III, hereby declare:

2        1.      I am a lawyer duly licensed to practice law in the State of California and before this

3    district.  I am one of the members of Royse Law Firm, PC, counsel of record for the plaintiffs.

4        2.      I have attached to this Declaration as the following exhibits true and correct copies of

5    the following documents:

6            a.      Exhibit A, *The New York Times*, "Bush Lets U.S. Spy on Callers Without

7                    Courts," dated Dec. 16, 2005;

8            b.      Exhibit B, *USA Today*, "NSA Has Massive Database of Americans' Phone

9                    Calls," dated May 11, 2006;

10           c.      Exhibit C, *In re Production of Tangible Things From [REDACTED]*, FISC, BR

11                   08-13, dated March 2, 2009;

12           d.      Exhibit D, "Working Draft, Office of the Inspector General National Security

13                   Agency," dated March 24, 2009;

14           e.      Exhibit E, "Unclassified Report on the President's Surveillance Program,"

15                   prepared by the Offices of Inspectors General, dated July 10, 2009;

16           f.      Exhibit F, Letter from Ass't Atty. Gen. Weich to Rep. Reyes, dated

17                   December 14, 2009 enclosing the "Report on National Security Agency's Bulk

18                   Collection Programs Affected by USA PATRIOT Act Reauthorization;"

19           g.      Exhibit G, Primary Order, FISC, BR 13-80, dated April 25, 2013;

20           h.      Exhibit H, Secondary Order, FISC, BR 13-80, dated April 25, 2013;

21           i.      Exhibit I, "DNI Statement on Recent Unauthorized Disclosures of Classified

22                   Information," dated June 6, 2013;

23           j.      Exhibit J, Letter from Dep. Atty. Gen. Kadzik to Rep. Sensenbrenner dated

24                   July 16, 2013;

25           k.      Exhibit K, "Administration White Paper: Bulk Collection of Telephony

26                   Metadata Under Section 215 of the USA PATRIOT Act," dated August 9,

27                   2013;

28

1

DECLARATION OF THOMAS E. MOORE III ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

1     l.  Exhibit L, Amended Memorandum Opinion, FISC, BR 13-109, dated

2       August 29, 2013;

3     m.  Exhibit M, Memorandum Opinion, FISC, dated October 3, 2011;

4     n.  Exhibit N, Memorandum, FISC, BR 13-158, dated October 11, 2013;

5    I declare under penalty of perjury under the laws of the United States that the foregoing is

6 true and correct.  Executed on November 6, 2013, at Palo Alto, California.

7

8        /s/  Thomas E. Moore III
         THOMAS E. MOORE III

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28            2