| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>MATTHEW ZIMMERMAN (SBN 212423)<br>MARK RUMOLD (SBN 279060)<br>DAVID GREENE (SBN 160107)<br>JAMES S. TYRE (SBN 083117)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel.: (415) 436-9333; Fax: (415) 436-9993<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM, PC<br>1717 Embarcadero Road<br>Palo Alto, CA 94303<br>Tel.: 650-813-9700; Fax: 650-813-9777<br><br>Attorneys for Plaintiffs | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>MICHAEL S. KWUN (SBN 198945)<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Tel.: (415) 391-5400; Fax: (415) 397-7188<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel.: (415) 433-3200; Fax: (415) 433-6382<br><br>ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**DECLARATION OF BRANDON COMBS FOR CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 7, 2014<br>Time: 9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, BRANDON COMBS, hereby declare:

1. I am the President of California Association of Federal Firearms Licensees (CAL-FFL). The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization advocates for the interests of its members and the general public through strategic litigation, legislative efforts, and education. CAL-FFL expends financial and other resources in both litigation and non-litigation projects to protect the interests of its members and the public at large.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights. I say this because of the following facts:

4. Some people, including both current and prospective CAL-FFL members, do not wish to have the calls to the Association tracked, monitored, or otherwise recorded by the government due to the often sensitive nature of the communications.

5. The Associational Tracking Program activities have harmed us because we have experienced a decrease in communications from members and constituents who had desired the fact of their communication to Plaintiff to remain secret.

6. We have experienced an increase in people, both members and non-members, expressing concern about the confidentiality of their communications.

7. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with use, that the fact of their communications to and with us will be kept confidential.

8. We made assurances of confidentiality prior to the disclosures, but now we are concerned that were based not based in fact.

9. Moreover, we remain unable to assure confidentiality to our members because we are unable to have confidence that the governmental surveillance is limited to just what is now

1

DECLARATION OF BRANDON COMBS FOR CALIFORNIA ASSOCIATION
OF FEDERAL FIREARMS LICENSEES ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

1  publicly available.  We fear that other forms of surveillance may reach communications that our
2  members make with us through means other than the telephone, leaving us with no reasonable
3  suggestion for our members who wish to communicate with us confidentially.
4        I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.  Executed on October 29, 2013 at Turlock, California.

                                      _____
                                        BRANDON COMBS

publicly available. We fear that other forms of surveillance may reach communications that our members make with us through means other than the telephone, leaving us with no reasonable suggestion for our members who wish to communicate with us confidentially.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2013 at Turlock, California.

_____
BRANDON COMBS