| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>MATTHEW ZIMMERMAN (SBN 212423)<br>MARK RUMOLD (SBN 279060)<br>DAVID GREENE (SBN 160107)<br>JAMES S. TYRE (SBN 083117)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel.: (415) 436-9333; Fax: (415) 436-9993<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM, PC<br>1717 Embarcadero Road<br>Palo Alto, CA 94303<br>Tel.: 650-813-9700; Fax: 650-813-9777<br><br>Attorneys for Plaintiffs | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>MICHAEL S. KWUN (SBN 198945)<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Tel.: (415) 391-5400; Fax: (415) 397-7188<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel.: (415) 433-3200; Fax: (415) 433-6382<br><br>ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*.<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>   Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**DECLARATION OF GENE HOFFMAN, JR. FOR CALGUNS FOUNDATION, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 7, 2014<br>Time: 9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

DECLARATION OF GENE HOFFMAN, JR. FOR CALGUNS FOUNDATION, INC. ISO PLAINTIFFS' MSJ

I, GENE HOFFMAN, JR., hereby declare:

1. I am the Chairman of The Calguns Foundation ("CGF"). The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization is a non-profit member-based organization based in San Carlos, California. CGF defends Californians who are unjustly accused of violating California's byzantine firearms laws while also working to vindicate the civil rights of California gun owners by challenging unconstitutional California laws. Additionally, we educate the public and government about California gun laws and the civil rights of California gun owners.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

4. I say this because of the following facts: As part of our service of defending those unjustly charged with violating California gun law, we run an emergency hotline that also serves as a general information resource. Gun owners in California are justifiably concerned about whether any of the firearms they own are illegal in California as California makes the possession of ordinary firearms (in the other 49 states) a crime. Further, California gun laws prohibit certain combinations of cosmetic features on rifles or pistols. Much of CGF's work is performed on message boards or via email, or social media. However, gun owners who are worried that they are in possession of a banned firearm do not wish to create an electronic trail of their inquiry and have traditionally turned to the phone to make that inquiry. Being known to have called the CGF hotline would leave a trail of evidence detrimental to any criminal action, and furthermore, the fear that such a call will give the government proof of the state of mind that the otherwise law abiding gun owner knew she was committing a crime.

5. Calguns has members who would be very worried about having their calls taped and stored by NSA/FBI when they're enquiring about whether firearms and parts they possess are felonious in California. It has a phone number specifically so people or their loved ones can call

from jail because Californians are often arrested for actually innocent possession or use of firearms.

6. The Associational Tracking Program activities have harmed us because we have experienced a decrease in communications from members and constituents who had desired the fact of their communication to Plaintiff to remain secret. Many gun owners are distrustful of government or of having any record of their status as gun owners. At least one of our members is only known to us by his online alias and he would only directly contact us via telephone from a blocked number. He has not phoned since the disclosures that lead to this action.

7. Many of our constituents have expressed concern about the confidentiality of the fact of their telephone communications with us. Those who do call now leave fewer details in their voicemails of the concern or issue they are calling about, forcing staff and volunteers to make additional contacts to the caller, or more quickly refer the caller to one of our outside attorneys. This creates more expense than if a non-attorney volunteer could have answered a question.

8. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential.

9. We are also concerned because it seems that the promises of confidentiality from the government that we made prior to the disclosures were untrue.

10. Moreover, the ongoing secrecy of the government's surveillance activities, and the various incomplete or misleading government statements about it, have left us unable to reassure our members and associates that additional forms of surveillance, as yet unconfirmed or currently denied by the government are not also occurring, leaving us with no alternative forms of communication that we can use and still assure those who contact us will remain confidential.

11. The telephone provider for the Calguns is Toktumi d.b.a. Line2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October, __ 2013 at Redwood City, California.

_____
GENE HOFFMAN, JR.

---

3
DECLARATION OF GENE HOFFMAN, JR. FOR CALGUNS FOUNDATION
INC. ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW