CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333; Fax: (415) 436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Tel.: 650-813-9700; Fax: 650-813-9777

Attorneys for Plaintiffs

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Tel.: (415) 391-5400; Fax: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 433-3200; Fax: (415) 433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**DECLARATION OF JAY JACOBSON FOR THE FRANKLIN ARMORY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 7, 2014<br>Time: 9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, JAY JACOBSON, hereby declare:

1. I am the President of Franklin Armory. The facts contained in the following affidavit are known to me of my own personal knowledge, and if called upon to testify, I could and would competently do so.

2. Our organization designs, manufactures, and distributes firearms for resale through our dealer network in the commercial marketplace.

3. The collection of our phone records by the government is an unreasonable harassment and an interference of our legal business enterprise. Furthermore, our customers are now less likely to contact Franklin Armory for warranty repairs, customer service information, and/or price quotes because the simple act of contacting us will identify the caller as a likely gun owner. Undoubtedly this scenario has had a chilling effect on all of our customers and has led to an unnecessary constriction of information exchange between us (the manufacturer) and our end-user customers.

4. We know that we have been harmed by the NSA's activities because we have had customers articulate that they will be more careful about who they call and when so that they may avoid being targeted and identified as a gun owner. Undoubtedly, the government's actions have had a chilling effect. Concurrently, we have noticed that phone calls to our facility have decreased by over 70%. Even considering market conditions and a traditional summertime lull, the decrease in call volume is notable.

5. We have also had customers on Facebook take a public stand against the actions of the NSA. The customer responses have invariably been grounded in Constitutional arguments. Undoubtedly, these patriotic customers realize that they have overtly posted dissenting comments on a public forum, but in doing so, they have brought up important points. One customer noted that he has already lost the ability to remain an unidentified gun owner. Another pointed out that the NSA is operating in derogation of the Firearm Owners Protection Act as well as the Constitution. No one has voiced support for the NSA's actions.

6. Our telephone service provider is Verizon Business.

1
DECLARATION OF JAY JACOBSON FOR THE FRANKLIN ARMORY
ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October __, 2013 at Minden, Nevada.

_____
JAY JACOBSON

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2013 at Minden, Nevada.

*/s/ Jay Jacobson*
JAY JACOBSON