| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@rroyselaw.com | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: 650-813-9700; Fax: 650-813-9777 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No: 3:13-cv-03287 JSW <br><br> **DECLARATION OF JOHN SULLIVAN FOR FREE SOFTWARE FOUNDATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: February 7, 2014 <br> Time: 9:00 A.M. <br> Hon. Jeffrey S. White <br> Courtroom 11 - 19th Floor |

I, JOHN SULLIVAN, hereby declare:

1. I am the Executive Director of the Free Software Foundation. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization helped pioneer a worldwide free software movement and provides an umbrella of legal and technical infrastructure for collaborative software development internationally. We advocate for the freedom, privacy, and autonomy of computer users, primarily by making sure that the software running on their computers is fully under their control. Free "as in freedom" software users choose their software on ethical grounds according to these concerns, the same way many vegetarians reject meat or labor activists reject sweatshop clothing. Because free software is developed collaboratively and often by grassroots communities, it is a force for social change. Its developers are very aware of what corporate and government interests are being challenged with their software.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

4. I say this because of the following facts:

    a. Many of our supporters are software developers working on an operating system to be used instead of Microsoft or Apple, called GNU/Linux. Unlike those proprietary operating systems, all of the code for GNU/Linux is publicly available for inspection and modification. A widespread motivation for developing software this way is to make it very difficult for "backdoors" such as those now known to be part of Microsoft Windows, to be introduced by the government or corporations. Even though their work is legal, because these developers know that their work may complicate government surveillance efforts, they are concerned about being targeted. A key

1

DECLARATION OF JOHN SULLIVAN FOR FREE SOFTWARE
FOUNDATION ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

organizational function of the FSF is to serve as an important point of contact and coordination between developers working on this project. If we cannot promise the confidentiality of our communications, this category of our supporters will think twice before associating with us or with other members through us.

b. Other of our software developer members are working in areas that are legally controversial. They work on free software to protect anonymity online, or to circumvent technological protection measures in order to access copyrighted works to which they have a legal right, or on encryption software that, while legal, may be used by criminals as well. These members are even more concerned about the privacy of their communications, living in fear that their work may be misconstrued as illegal.

c. As one of our members has told us directly, "While I do work very openly in my day to day life in free software, and I am quite clearly an outspoken advocate of free software, and the free software movement, the fact private communications may be turned over to the government would result in a sort of chilling effect. For instance, I would be reluctant to ask the FSF questions about the legal status of code with federal regulation, such as the implications of distributing cryptographic software under the GNU GPL, or questions regarding privacy software, such as Tor, for fear it may implicate me later, when someone else misuses such software. It would place me in an awkward situation, one where I cannot ask a question about software without being lumped into a group which may misuse such software. If I have misgivings about such things, as an open and outspoken free software contributor, I fear what the pseudo-anonymous contributors to free software communities must think."

5. This chilling effect extends beyond our members who are software

developers, to members who are also just free software users and advocates. Many of our members, when they joined, have cited our work to support software that respects their privacy and freedom as a primary reason for their association. Any revelation that the records of the communications with us are being collected discredits us as an organization capable of protecting the very interest that motivated them to associate with us. As a concrete example, some of our supporters are refusing to attend the annual member conference we host in the United States, explicitly because of surveillance.

6. Finally, this chilling also affects our current staff and ability to hire new staff, who accept relatively low pay rates in order to do a job they feel can make a positive difference in the world. Knowing that doing this job puts them in the crosshairs of government surveillance is a powerful deterrent that threatens to make working for us just not worth it. Anything that complicates our ability to attract and retain quality staff directly undercuts our mission of building a strong association of free software supporters.

7. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential.

8. Prior to the disclosure, we assured confidentiality to those who contacted us. But we now know that those assurances were not true.

9. Moreover, the pattern of distortion and lawless conduct by the NSA, exacerbated by the intense secrecy of its activities, have left us unable to reassure our members and associates that additional forms of surveillance, as yet unconfirmed or actively denied by the government are not also occurring, leaving us with no alternative forms of confidential communication. This is extremely damaging for us, because the success of our movement depends concretely on the ability for dispersed individuals to collaborate freely and openly.

///

///

///

3

DECLARATION OF JOHN SULLIVAN FOR FREE SOFTWARE
FOUNDATION ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October __, 2013, at Boston, MA, 02110.

_____
JOHN SULLIVAN

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct. Executed on October 30, 2013, at Boston, MA, 02110.

*[signature]*
JOHN SULLIVAN