CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333; Fax: (415) 436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Tel.: 650-813-9700; Fax: 650-813-9777

Attorneys for Plaintiffs

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Tel.: (415) 391-5400; Fax: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 433-3200; Fax: (415) 433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**DECLARATION OF THE REVEREND RICK HOYT FOR THE FIRST UNITARIAN CHURCH OF LOS ANGELES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 7, 2014<br>Time: 9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, THE REVEREND RICK HOYT, hereby declare:

1. I am the Minister of the First Unitarian Church of Los Angeles. The Minister is the senior staff position of the organization which is owned by the church members through a Board of Trustees. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization does charitable work as a non-profit religious organization. We serve our church members and their families (about 100 persons/week) with programs of worship, religious education, fellowship, pastoral care, social justice, evangelism, and connection to the Unitarian Universalist tradition. And we serve the neighbors of the church (about 1,000 persons/week) with programs of education, health, social service and community activity.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

4. I say this because of the following facts:

a) Government surveillance is not a paranoid fantasy for First Church but a historical fact. In the 1950s some members of First Church and our minister, Rev. Stephen Fritchman, were subpoenaed by the House Un-American Activities Committee. Our minister was required to testify before the committee on three separate occasions. Rev. Fritchman writes in his autobiography (*Heretic*, Skinner House, pubs., 1977; pp.122-123) that "My new congregation [First Church] had members who had repeatedly been visited by the F.B.I. to know whether they were ready to talk about their past associations… old sins or new ones; were they ready to talk and name their friends. I was told again and again of these merciless house calls by the pair of crew-cut, well-dressed, deadpan visitors – what we came to know as the 'Brooks Brothers,' boys from J. Edgar Hoover's local branch of the Federal monitors of our words and deeds." Plainclothes government agents regularly attended church services at this time to hear what was preached and see who attended. First Church discontinued keeping a membership list during this time to avoid implicating our members. Some of our current members have been with the church long enough to remember

government surveillance of the church; and we have all heard the stories. After his retirement Rev. Fritchman received a copy of his FBI file through a freedom of information request. We keep it in our archives.

      b) In the 1980s, First Church responded to the pleas of our neighbors, many of whom are immigrants from Central America, to provide sanctuary from the civil wars they had fled in their home countries. US policy at the time put them in danger of deportation. First Church resisted US policy by offering sanctuary to our neighbors in our church building and some of these refugees are now church members. Some of these First Church members have personal stories of being physically tortured at the hands of their government. They understand the real possibility and danger of coming to the attention of the government for political action, and they bring this perspective to their current lives in the US. They are understandably wary of government surveillance as they continue to speak out on issues and advocate for public policies that run counter to current US positions.

      c) Our church continues to be a fierce advocate for justice for the oppressed and marginalized in Los Angeles, the United States and worldwide, including advocating for change to existing US policy such as around immigration laws, rights for gays and lesbians, or military action. This work is directly tied to our Unitarian Universalist faith principle of the power of individuals to amplify their voices through collective organizations to change society. Although some church members may welcome the public attention this advocacy work brings, others may choose, and should be allowed to choose, to remain private and to speak out only through the voice of the church organization. The threat of exposure has caused potential visitors to stay away, and members to withdraw from the community, resulting in the church losing its voice and damaging our faith and our organization. Even more damaging is the effect on our neighbors, many of whom depend on the church for basic necessities such as our weekly food distribution, and life-enhancing programs such as exercise classes, and math tutoring for children. Our neighbors now fear that a simple contact with the church inquiring about a church program will bring scrutiny upon other aspects of their lives, or bring their persons to the attention of a government that they may have reason to fear.

2

DECLARATION OF THE REVEREND RICK HOYT FOR THE FIRST
UNITARIAN CHURCH OF LOS ANGELES ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

5. The Associational Tracking Program activities have harmed us because we have experienced a decrease in communications from members and constituents who had desired the fact of their communication to Plaintiff to remain secret.

6. Many members of our larger community have expressed concern about the confidentiality of the fact of their telephone communications with us. First Church members have expressed anxiety to me about which sorts of communication might be looked at by the NSA program.

7. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential. We made assurances of confidentiality prior to the disclosure, but we now know that we were mistaken.

8. As noted above, the principles of its faith often require the church to take bold stands on controversial issues. Church members and neighbors who come to the church for help should not fear that their participation in the church might have consequences for themselves or their families. This spying makes people afraid to belong to the church community.

9. The telephone provider for the church is Intermedia using voice-over-internet. Our internet provider is AT&T. At least one member of our Board of Trustees has Verizon as a telephone provider.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October __, 2013 at Los Angeles, California.

_____
THE REVEREND RICK HOYT

5. The Associational Tracking Program activities have harmed us because we have experienced a decrease in communications from members and constituents who had desired the fact of their communication to Plaintiff to remain secret.

6. Many members of our larger community have expressed concern about the confidentiality of the fact of their telephone communications with us. First Church members have expressed anxiety to me about which sorts of communication might be looked at by the NSA program.

7. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential. We made assurances of confidentiality prior to the disclosure, but we now know that we were mistaken.

8. As noted above, the principles of its faith often require the church to take bold stands on controversial issues. Church members and neighbors who come to the church for help should not fear that their participation in the church might have consequences for themselves or their families. This spying makes people afraid to belong to the church community.

9. The telephone provider for the church is Intermedia using voice-over-internet. Our internet provider is AT&T. At least one member of our Board of Trustees has Verizon as a telephone provider.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2013 at Los Angeles, California.

THE REVEREND RICK HOYT

3

DECLARATION OF THE REVEREND RICK HOYT FOR THE FIRST
UNITARIAN CHURCH OF LOS ANGELES ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW