| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@rroyselaw.com | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: 650-813-9700; Fax: 650-813-9777 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, | Case No: 3:13-cv-03287 JSW |
| Plaintiffs, | **DECLARATION OF HEIDI BOGHOSIAN FOR THE NATIONAL LAWYERS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | Date: February 7, 2014<br>Time: 9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, HEIDI BOGHOSIAN, hereby declare:

1. I am the Executive Director of the National Lawyers Guild. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization provides legal services, through our approximately 4,000 members, for individuals involved in legal cases where civil and constitutional rights are often in jeopardy. Our National Office functions as a hub for the coordination and organization of legal defense and issue-related advocacy on a broad range of topics often deemed controversial by several U.S. government agencies. We have represented animal rights, environmental and information activists and others targeted by the FBI and local law enforcement agencies.

3. The collection of our phone records by the government has resulted in (1) diminished membership participation, (2) withdrawal or discouragement of new members joining, (3) other consequences which objectively suggest an impact on, or "chilling" of, the members' associational rights. Most notably, we believe young attorneys refraining from taking on certain cases out of fear of government surveillance and retaliation.

4. I say this because of the following facts: All of our National Office telephone lines and web services are provided by Verizon. Upon hearing news reports that Verizon was under FISA court order to turn over vast troves of customer data to the NSA, Guild members working on initiatives to support the Petition for Compassionate Release of Lynne Stewart and the civil matter *Panagacos v. Towery* (a case involving U.S. Army surveillance, infiltration, and the disruption of peace groups in Washington state) altered their mode of communication due to concerns about increased government surveillance of communication between lawyers, lawyers and their clients, and lawyers and members of the media. Staff working in the National Office are curtailing the duration and content of electronic communications that we deem privileged in nature.

The Associational Tracking Program activities have harmed us because we have experienced a decrease in communications from members and constituents who had desired the fact of their communication to Plaintiff to remain secret. Revelations of NSA surveillance in the press has caused

1

DECLARATION OF HEIDI BOGHOSIAN FOR THE NATIONAL
LAWYERS GUILD ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

NLG members working on litigation and advocacy to restrict discussion of legal strategy, case updates and confidential information to in-person meetings or to written correspondence sent by mail. Practical restraints on the frequency of these meetings results in less robust information to pass between attorneys and has potentially hindered Guild members from providing as vigorous a legal representation as would have otherwise been possible with secure electronic communication channels.

5. We also have experienced an increase in persons expressing concern to us about the confidentiality of the fact of their communications.

6. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential.

7. Moreover, the pattern of distortion and lawless conduct by the NSA, exacerbated by the intense secrecy of its activities, have left us unable to reassure our members and associates that additional forms of surveillance, as yet unconfirmed or actively denied by the government are not also occurring, leaving us with no alternative forms of confidential communication.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October __, 2013 at New York, New York.

_____
HEIDI BOGHOSIAN

NLG members working on litigation and advocacy to restrict discussion of legal strategy, case updates and confidential information to in-person meetings or to written correspondence sent by mail. Practical restraints on the frequency of these meetings results in less robust information to pass between attorneys and has potentially hindered Guild members from providing as vigorous a legal representation as would have otherwise been possible with secure electronic communication channels.

5. We also have experienced an increase in persons expressing concern to us about the confidentiality of the fact of their communications.

6. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential.

7. Moreover, the pattern of distortion and lawless conduct by the NSA, exacerbated by the intense secrecy of its activities, have left us unable to reassure our members and associates that additional forms of surveillance, as yet unconfirmed or actively denied by the government are not also occurring, leaving us with no alternative forms of confidential communication.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2013 at New York, New York.

_HEIDI BOGHOSIAN_