CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333; Fax: (415) 436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Tel.: 650-813-9700; Fax: 650-813-9777

Attorneys for Plaintiffs

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Tel.: (415) 391-5400; Fax: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 433-3200; Fax: (415) 433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No: 3:13-cv-03287 JSW <br><br> **DECLARATION OF DALE GIERINGER FOR THE CALIFORNIA CHAPTER OF NORML IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: February 7, 2014 <br> Time: 9:00 A.M. <br> Hon. Jeffrey S. White <br> Courtroom 11 - 19th Floor |

I, DALE GIERINGER, hereby declare:

1. I am the Director of the California chapter of the National Organization for the Reform of Marijuana Laws ("NORML"). The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. NORML advocates for the right of adults to use marijuana legally and assists users with legal and health issues related to marijuana use.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

4. I say this because of the following facts:

5. Cal NORML routinely fields inquiries from countless individuals with legal concerns and questions about marijuana on our telephone hotline (Verizon # 415-563-5858). Included are many seriously ill individuals who use marijuana for medical purposes in accordance with California state law (Proposition 215), but whose activities remain subject to federal arrest and prosecution. Callers frequently express concern to us that their communications be held confidential out of fear of repercussions from law enforcement.

6. California NORML has always maintained a strict policy of not revealing the identity of our members or hotline callers. Our mailing list is held strictly confidential. For many years, we had caller ID blocked on our public hotline (415-563-5858) so as to assure callers that their calls wouldn't be traced. The value of this service would have been rendered negligible had their IDs actually been tracked by NSA and federal enforcement officials. A few years ago, California NORML decided to abandon caller ID blocking because we were unable to return a growing number of calls that were coming from people who wrongly assumed that we knew their return phone number via caller ID, even though we didn't have it. However, we have continued to maintain a policy of strict privacy in all communications.

7. California NORML and its members are highly sensitive to the fact that numerous of our members and supporters have been arrested, prosecuted, or otherwise harassed for marijuana offenses by federal law enforcement authorities, even when their activities are specifically permitted under state or local law. Scores of such federal arrests are recorded on our website at: http://www.canorml.org/costs/federal_medical_marijuana_prisoners_and_cases.

8. California NORML is further aware of press reports that the DEA has a Special Operations Division that partners with NSA and other federal agencies to maintain a secret massive database of telephone records to launch criminal investigations. The DEA has been reported to cover up its misuse of this secretly obtained data by a tactic known as "parallel construction," in which a secret investigation is launched against a suspect in order to develop legal evidence for a search warrant, without divulging the secretly obtained phone records that were the original source of the tip ("Exclusive: U.S. directs agents to cover up program used to investigate Americans," Reuters Aug. 5, 2013: http://www.reuters.com/article/2013/08/05/us-dea-sod-idUSBRE97409R20130805).

9. California NORML experienced an abrupt drop in the number of hotline calls we received after revelation of NSA's phone surveillance program in late June. Prior to then, we received an average of about 15-20 calls daily on our hotline; afterwards, calls dropped to 5-10 per day. This data supports our belief that the NSA program had a chilling effect on our constituents' willingness to communicate with us. Moreover, several of our members have expressed similar concerns in this regard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October ___, 2013 at Oakland, California

_____
DALE GIERINGER

7. California NORML and its members are highly sensitive to the fact that numerous of our members and supporters have been arrested, prosecuted, or otherwise harassed for marijuana offenses by federal law enforcement authorities, even when their activities are specifically permitted under state or local law. Scores of such federal arrests are recorded on our website at: http://www.canorml.org/costs/federal_medical_marijuana_prisoners_and_cases.

8. California NORML is further aware of press reports that the DEA has a Special Operations Division that partners with NSA and other federal agencies to maintain a secret massive database of telephone records to launch criminal investigations. The DEA has been reported to cover up its misuse of this secretly obtained data by a tactic known as "parallel construction," in which a secret investigation is launched against a suspect in order to develop legal evidence for a search warrant, without divulging the secretly obtained phone records that were the original source of the tip ("Exclusive: U.S. directs agents to cover up program used to investigate Americans," Reuters Aug. 5, 2013: http://www.reuters.com/article/2013/08/05/us-dea-sod-idUSBRE97409R20130805).

9. California NORML experienced an abrupt drop in the number of hotline calls we received after revelation of NSA's phone surveillance program in late June. Prior to then, we received an average of about 15-20 calls daily on our hotline; afterwards, calls dropped to 5-10 per day. This data supports our belief that the NSA program had a chilling effect on our constituents' willingness to communicate with us. Moreover, several of our members have expressed similar concerns in this regard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2013 at Oakland, California


DALE GIERINGER

2
DECLARATION OF DALE GIERINGER FOR THE CALIFORNIA CHAPTER OF NORML ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW