| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@rroyselaw.com | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: 650-813-9700; Fax: 650-813-9777 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, | Case No: 3:13-cv-03287 JSW |
| Plaintiffs, | **DECLARATION OF DEBORAH LIU FOR PEOPLE FOR THE AMERICAN WAY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | Date: February 7, 2014<br>Time: 9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, DEBORAH LUI, hereby declare:

1. I am the General Counsel and Corporate Secretary of People For the American Way. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization has over 595,000 members and communicates regularly with those members, supporters, and the general public about important issues that impact fundamental civil and constitutional rights and freedoms, including issues concerning civil liberties, government secrecy, improper government censorship, and First Amendment freedoms.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

4. The Associational Tracking Program is harmful to our organizations' work because of its negative impact on the free communication from our members and members of the general public who contact us daily on matters of import, including complaints or expressions of dissatisfaction with the government, legislative bodies, and elected officials.

5. Some of our members have expressed concern about the confidentiality of the fact of their communications and have stated to use that knowledge of the Associational Tracking Program is a deterrent to calling our organization to express a concern, complaint or to provide information relevant to our work.

6. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constitutents, as well as all others who seek to communicate with us, that the fact of their communcations to and with us will be kept confidential.

7. In addition, the ongoing failure of the government to provide information to the public about its mass surveillance activities has left us unable to reassure our members and associates that additional forms of surveillance, are not also occurring, leaving us with a difficult task in finding alternative forms of confidential communication.

8. Our current telephone provider is Megapath. From 2008-2011 our provider was

Verizon Business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October __, 2013 at Washington DC.

_____
DEBORAH LIU

DECLARATION OF DEBORAH LIU FOR PEOPLE FOR THE AMERICAN WAY ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

1 | Verizon Business. -

2 |     I declare under penalty of perjury under the laws of the United States of America that the
3 | foregoing is true and correct. Executed on October 30, 2013 at Washington DC.

_[signature]_
DEBORAH LIU

2
DECLARATION OF DEBORAH LIU FOR PEOPLE FOR THE AMERICAN
WAY ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW