| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@rroyselaw.com | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: 650-813-9700; Fax: 650-813-9777 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**DECLARATION OF SHERWIN SIY FOR PUBLIC KNOWLEDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  February 7, 2014<br>Time:  9:00 A.M.<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, Sherwin Siy, hereby declare:

1. I am the Vice President of Legal Affairs of Public Knowledge. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization is a non-profit public interest advocacy organization based in Washington, D.C. Public Knowledge is dedicated to preserving the openness of the Internet and the public's access to knowledge, promoting creativity through the balanced application of copyright laws, and upholding and protecting the rights of consumers to use innovative technology lawfully.

3. The collection of our phone records by the government has resulted in reduced communications with our members, constituents, and allies, chilling their associational rights.

4. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential.

5. Moreover, the pattern of distortion and lawless conduct by the NSA, exacerbated by the intense secrecy of its activities, have left us unable to reassure our members and associates that additional forms of surveillance, as yet unconfirmed or actively denied by the government are not also occurring, leaving us with no alternative forms of confidential communication.

6. Public Knowledge engages in public advocacy on matters of intellectual property and telecommunications law. While not directly representing clients, we frequently receive calls from constituents seeking advice on whether their activities comport with the law, which is often complex and frequently misstated in the popular media. In recent years, government authorities, and not just private parties, have increasingly used disproportionate measures to address instances of alleged infringement, to the point of staging armed raids on alleged secondary infringers in cases that, in prior years, would likely have merited a civil suit or service of a warrant or summons. The increasing criminalization of copyright infringement, alongside a heightened rhetoric that frequently claims that infringing copyrights on entertainment media is a national security issue, means that callers are less

likely to contact Public Knowledge's staff to ask for advice or share information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2013 at Washington, DC.

              /s/ Sherwin Siy
              SHERWIN SIY