| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@rroyselaw.com | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: 650-813-9700; Fax: 650-813-9777 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*. | Case No: 3:13-cv-03287 JSW |
| Plaintiffs, | **DECLARATION OF RABBI ARTHUR WASKOW FOR THE SHALOM CENTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al*., | |
| Defendants. | Date: February 7, 2014 |
| | Time: 9:00 A.M. |
| | Hon. Jeffrey S. White |
| | Courtroom 11 - 19th Floor |

DECLARATION OF RABBI ARTHUR WASKOW FOR THE SHALOM CENTER ISO PLAINTIFFS' MSJ

I, RABBI ARTHUR WASKOW, hereby declare:

1. I am the Director of The Shalom Center. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization draws on ancient and modern Jewish wisdom, teachings, and practice to seek peace, pursue justice, and heal our wounded Earth. We especially address the power configurations (in Jewish tradition, the "pharaohs") that bring plagues upon human society and the planet.

3. The Shalom Center receives its wired telephone service from Verizon Business Services and its wireless services from Verizon Wireless.

4. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

5. I say this because of the following facts: I was personally subjected to COINTELPRO activity (warrantless searches, theft, forgery) by the FBI between 1968 and 1974. I took part along with other plaintiffs in a suit against the FBI and the Washington DC police (*Hobson v. Wilson*) for deprivation of the "right of the people peaceably to assemble." We won in DC Federal District Court and the part of the suit that focused on the FBI was upheld in the DC Circuit Court of Appeals. The result of this experience is that I have been very troubled and frightened by the revelations of warrantless mass searches of telephone and Internet communications by the NSA. For several weeks, as the revelations continued, I realized the likelihood that the organization I lead, The Shalom Center, and I were under illegitimate surveillance and – because of our involvement in legal and nonviolent opposition to US government policy in several fields – possibly worse. For example, I delayed publication of some essays on bringing religious outlooks to bear on possible US war in Syria; possible State Department collusion with major oil companies in certifying the Tar Sands Pipeline; and on the NSA surveillance, a violation of Torah as well as of the Consititution. These activities seemed especially likely to have called down NSA surveillance and possibly

1

additional attacks on our work.

6. This realization made me rethink whether I wanted to continue in sharp religiously rooted prophetic criticism and action in regard to disastrous public policies. I had trouble sleeping, delayed some essays and blogs I had been considering, and worried woried whether my actions might make trouble for nonpolitical relatives. I certainly felt a chill fall across my work of peaceable assembly, association, petition, and the free exercise of my religious convictions. Since as the Rabbinic Director of The Shalom Center I am the chief spokesperson for its religious outlook and religious work, this chilling effect has slowed down, inhibited, and distorted the expression of our religious concerns.

7. Since the disclosure of the Associational Tracking Program, supporters and donors of the Shalom Center have expressed concerns about the confidentiality of their communications.

8. Because the extent of the NSA's surveillance activities is unknown and because of the secrecy of these activities, we have been unable to ensure that these supporters of the Shalom Center can communicate with us in confidence. We have considered other means of communication with these supporters, but many of them require technological acumen that our local partners simply do not have.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October, \_\_, 2013 at Philadelphia, PA.

_____
RABBI ARTHUR WASKOW

2

DECLARATION OF RABBI ARTHUR WASKOW FOR THE SHALOM
CENTER ISO PLAINTIFF'S MSJ
CASE NO. 13-cv-3287 JSW

1  additional attacks on our work.

2  6.  This realization made me rethink whether I wanted to continue in sharp religiously rooted prophetic criticism and action in regard to disastrous public policies. I had trouble sleeping, delayed some essays and blogs I had been considering, and worried worried whether my actions might make trouble for nonpolitical relatives. I certainly felt a chill fall across my work of peaceable assembly, association, petition, and the free exercise of my religious convictions. Since as the Rabbinic Director of The Shalom Center I am the chief spokesperson for its religious outlook and religious work, this chilling effect has slowed down, inhibited, and distorted the expression of our religious concerns.

7.  Since the disclosure of the Associational Tracking Program, supporters and donors of the Shalom Center have expressed concerns about the confidentiality of their communications.

8.  Because the extent of the NSA's surveillance activities is unknown and because of the secrecy of these activities, we have been unable to ensure that these supporters of the Shalom Center can communicate with us in confidence. We have considered other means of communication with these supporters, but many of them require technological acumen that our local partners simply do not have.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October, 31, 2013 at Philadelphia, PA.

*[signature]*

RABBI ARTHUR WASKOW

DECLARATION OF RABBI ARTHUR WASKOW FOR THE SHALOM
CENTER ISO PLAINTIFF'S MSJ
CASE NO. 13-cv-3287 JSW