| | | |
|---|---|---|
| 1 | CINDY COHN (SBN 145997)<br>cindy@eff.org | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com |
| 2 | LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| 3 | KURT OPSAHL (SBN 191303)<br>MATTHEW ZIMMERMAN (SBN 212423) | BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP |
| 4 | MARK RUMOLD (SBN 279060)<br>DAVID GREENE (SBN 160107) | 633 Battery Street<br>San Francisco, California 94111 |
| 5 | JAMES S. TYRE (SBN 083117)<br>ELECTRONIC FRONTIER FOUNDATION | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| 6 | 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| 7 | San Francisco, CA 94109<br>Tel.: (415) 436-9333; Fax: (415) 436-9993 | wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE |
| 8 | | One California Street, Suite 900 |
| 9 | THOMAS E. MOORE III (SBN 115107)<br>tmoore@rroyselaw.com | San Francisco, CA 94111<br>Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| 10 | ROYSE LAW FIRM, PC<br>1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| 11 | Palo Alto, CA 94303<br>Tel.: 650-813-9700; Fax: 650-813-9777 | aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN |
| 12 | | 1714 Blake Street |
| 13 | Attorneys for Plaintiffs | Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**DECLARATION OF ANASTACIA COSNER FOR STUDENTS FOR SENSIBLE DRUG POLICY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 7, 2014<br>Time: 9:00 A.M<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

I, ANASTACIA COSNER, hereby declare:

1. I am the Deputy Director of Students for Sensible Drug Policy. The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Our organization educates and trains young people about harms caused by the war on drugs. We involve young people in the political process and discuss alternatives to the failed policies of drug prohibition.

3. The collection of our phone records by the government has resulted in (1) harassment, membership withdrawal, and/or discouragement of new members, and (2) other consequences which objectively suggest an impact on, or 'chilling' of, the members' associational rights.

4. I say this because of the following facts:

The Associational Tracking Program activities have harmed us because we have experienced a decrease in communications from members and constituents who had desired the fact of their communication to Plaintiff to remain secret.

5. For example, we have experienced a decrease in calls to our hotline. For example, prior to the revelations of government tracking, we received on average 6 calls per day, but since the revelations became public, we have received on average only 3 calls per day.

6. This is not surprising because many people who we approach to become members of our organization are worried about others discovering their support of a controversial issue.

7. We have also seen an increase in members and potential members expressing concern about the confidentiality of the fact of their communications with us.

8. Since the disclosure of the Associational Tracking Program, we have lost the ability to assure our members and constituents, as well as all others who seek to communicate with us, that the fact of their communications to and with us will be kept confidential. The assurances of confidentiality we made prior to the disclosure, were apparently incorrect.

9. Moreover, the pattern of distortion and lawless conduct by the NSA, exacerbated by the intense secrecy of its activities, have left us unable to reassure our members and associates that additional forms of surveillance, as yet unconfirmed or actively denied by the government are not

also occurring, leaving us with no alternative forms of confidential communication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October __, 2013 at Washington, DC.

_____
ANASTACIA COSNER

also occurring, leaving us with no alternative forms of confidential communication.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2013 at Washington, DC.

*/s/ Anastacia Cosner*
ANASTACIA COSNER