| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MATTHEW ZIMMERMAN (SBN 212423) | KEKER & VAN NEST, LLP |
| MARK RUMOLD (SBN 279060) | 633 Battery Street |
| DAVID GREENE (SBN 160107) | San Francisco, California 94111 |
| JAMES S. TYRE (SBN 083117) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| ELECTRONIC FRONTIER FOUNDATION | |
| 815 Eddy Street | RICHARD R. WIEBE (SBN 121156) |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | LAW OFFICE OF RICHARD R. WIEBE |
| | One California Street, Suite 900 |
| THOMAS E. MOORE III (SBN 115107) | San Francisco, CA 94111 |
| tmoore@rroyselaw.com | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN (SBN 239070) |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: 650-813-9700; Fax: 650-813-9777 | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| Attorneys for Plaintiffs | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, | Case No: 3:13-cv-03287 JSW |
| Plaintiffs, | **DECLARATION OF CONSTANCE KANE FOR UNITARIAN UNIVERSALIST SERVICE COMMITTEE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| | Date:  February 7, 2014 |
| | Time:  9:00 A.M. |
| | Hon. Jeffrey S. White |
| | Courtroom 11 - 19th Floor |

DECLARATION OF CONSTANCE KANE FOR UNITARIAN UNIVERSALIST SERVICE COMMITTEE ISO PLAINTIFFS' MSJ

I, CONSTANCE KANE, hereby declare:

1. I am the Vice President and Chief Operating Officer of the Unitarian Universalist Service Committee ("UUSC"). The facts contained in the following affidavit are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. Plaintiff UUSC partners with grassroots organizations that courageously confront unjust systems and human rights violations.

3. As a membership organization that does not seek nor accept government funds, UUSC is able to advocate for a broad range of justice-oriented public policies, some of which are controversial. Often this work is done in active conflict zones or other sites of humanitarian disaster. Additionally, our partners often represent marginalized populations, including survivors of torture, many of whom fled persecution in their country of origin and have open asylum cases in the United States; active military members organizing to protect and exercise their right to free speech; human rights activists in countries with active conflict; and migrant workers in the informal economy who are denied basic protections and rights due to their residency status. We carry out many of our conversations with partners over the phone, as the organizations with which we work are spread across the globe. We believe that these partners are now hesitant to contact our organization or to speak freely as a result of the revelation of the NSA's dragnet surveillance, including the bulk acquisition, storage, and searching of telephone communications information.

4. Furthermore, because the people we work with are marginalized by definition, knowledge of the work they are doing and who they are doing it with renders them extremely vulnerable and even endangers them. Knowing that their calls are being monitored in any way has, understandably, dissuaded them from working with us and other partners. This significantly inhibits our ability to effectively carry out our mission of promoting social justice.

5. UUSC is a telephone subscriber of Comcast.

///

///

1

DECLARATION OF CONSTANCE KANE FOR UNITARIAN
UNIVERSALIST SERVICE COMMITTEE ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November __, 2013 at Cambridge, Massachusetts.

_____
CONSTANCE KANE

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct. Executed on November 1, 2013 at Cambridge, Massachusetts.

*Constance Kane*
CONSTANCE KANE

2
DECLARATION OF CONSTANCE KANE FOR UNITARIAN
UNIVERSALIST SERVICE COMMITTEE ISO PLAINTIFFS' MSJ
CASE NO. 13-cv-3287 JSW