Joshua Koltun (CA SBN 173040)
joshua@koltunattorney.com
One Sansome Street
Suite 3500, No. 500
San Francisco, CA 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959

Bruce D. Brown (*pro hac vice* pending)
bbrown@rcfp.org
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1101 Wilson Blvd., Suite 1100
Arlington, VA 22209
Telephone: 703.807.2100
Facsimile: 703.807.2109

Attorneys for *Amici Curiae*
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 13 OTHER NEWS ORGANIZATIONS

Additional counsel for *amici* in Appendix A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *ET AL.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY *ET AL.*,<br><br>　　　　Defendants. | CASE NO.  3:13-cv-03287 JSW<br><br>**MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 13 OTHER NEWS ORGANIZATIONS FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom: 11 – 19th Floor<br>Hon. Jeffrey S. White |

# CORPORATE DISCLOSURE STATEMENTS

The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

Advance Publications, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

American Society of News Editors is a private, non-stock corporation that has no parent.

Belo Corp. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

The E.W. Scripps Company is a publicly traded company with no parent company. No individual stockholder owns more than 10% of its stock.

First Amendment Coalition is a nonprofit organization with no parent company. It issues no stock and does not own any of the party's or amicus' stock.

Los Angeles Times Communications LLC, is a wholly owned subsidiary of Tribune Publishing Company, LLC, which is a wholly owned subsidiary of Tribune Company.

The McClatchy Company is publicly traded on the New York Stock Exchange under the ticker symbol MNI. Contrarius Investment Management Limited owns 10% or more of the common stock of The McClatchy Company.

National Press Photographers Association is a 501(c)(6) nonprofit organization with no parent company. It issues no stock and does not own any of the party's or amicus' stock.

The Newspaper Guild – CWA is an unincorporated association. It has no parent and issues no stock.

North Jersey Media Group Inc. is a privately held company owned solely by Macromedia Incorporated, also a privately held company.

Online News Association is a not-for-profit organization. It has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Society of Professional Journalists is a non-stock corporation with no parent company.

WP Company LLC (d/b/a The Washington Post) is a wholly-owned subsidiary of The Washington Post Company, a publicly held corporation. Berkshire Hathaway, Inc., a publicly held company, has a 10 percent or greater ownership interest in The Washington Post Company.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned proposed Amici Curiae will and hereby do move the Court for leave to appear and file the accompanying proposed brief supporting Plaintiffs in this litigation. Plaintiffs consent to, and Defendant does not oppose, the filing of this brief.

### I.     Statement of Interest of *Amici Curiae*

*Amici* file this brief in order to assist the Court in its consideration of newsgathering interests in this matter. *Amici* emphasize that the integrity of a confidential reporter-source relationship is critical to producing good journalism, but mass call tracking compromises that relationship to the detriment of the public interest. There is a long history in this country of significant works of journalism that have relied on confidential sources. Recent developments, however, highlight the link between mass call tracking and a chill on reporter-source communications. *Amici* also explain that mass call tracking risks negating the safeguards the government has pledged in response to threats to journalism.

The Reporters Committee for Freedom of the Press is a voluntary, unincorporated association of reporters and editors that works to defend the First Amendment rights and freedom of information interests of the news media. The Reporters Committee has provided representation, guidance and research in First Amendment and Freedom of Information Act litigation since 1970.

Advance Publications, Inc., directly and through its subsidiaries, publishes 18 magazines with nationwide circulation, newspapers in over 20 cities and weekly business journals in over 40 cities throughout the United States. It also owns many Internet sites and has interests in cable systems serving over 2.3 million subscribers.

With some 500 members, American Society of News Editors ("ASNE") is an organization that includes directing editors of daily newspapers throughout the Americas. ASNE changed its name in April 2009 to American Society of News Editors and approved broadening its membership to editors of online news providers and academic leaders. Founded in 1922 as American Society of Newspaper Editors, ASNE is active in a number of areas of interest to top editors with priorities on improving freedom of information, diversity, readership and the credibility of newspapers.

Belo Corp. owns 20 television stations that reach more than 14% of U.S. television households.

The E.W. Scripps Company is a diverse, 131-year-old media enterprise with interests in television stations, newspapers, local news and information websites and licensing and syndication. The company's portfolio of locally focused media properties includes: 19 TV stations (ten ABC affiliates, three NBC affiliates, one independent and five Spanish-language stations); daily and community newspapers in 13 markets; and the Washington-based Scripps Media Center, home of the Scripps Howard News Service.

First Amendment Coalition is a nonprofit public interest organization dedicated to defending free speech, free press and open government rights in order to make government, at all levels, more accountable to the people. The Coalition's mission assumes that government transparency and an informed electorate are essential to a self-governing democracy. To that end, we resist excessive government secrecy (while recognizing the need to protect legitimate state secrets) and censorship of all kinds.

Los Angeles Times Communications LLC publishes the Los Angeles Times, the largest metropolitan daily newspaper in the country. The Los Angeles Times operates the website www.latimes.com, a leading source of national and international news.

The McClatchy Company, through its affiliates, is the third-largest newspaper publisher in the United States with 30 daily newspapers and related websites as well as numerous community newspapers and niche publications.

The National Press Photographers Association ("NPPA") is a 501(c)(6) non-profit organization dedicated to the advancement of visual journalism in its creation, editing and distribution. NPPA's approximately 7,000 members include television and still photographers, editors, students and representatives of businesses that serve the visual journalism industry. Since its founding in 1946, the NPPA has vigorously promoted the constitutional rights of journalists as well as freedom of the press in all its forms, especially as it relates to visual journalism. The submission of this brief was duly authorized by Mickey H. Osterreicher, its General Counsel.

The Newspaper Guild – CWA is a labor organization representing more than 30,000 employees of newspapers, newsmagazines, news services and related media enterprises. Guild representation

comprises, in the main, the advertising, business, circulation, editorial, maintenance and related departments of these media outlets. The Newspaper Guild is a sector of the Communications Workers of America. CWA is America's largest communications and media union, representing over 700,000 men and women in both private and public sectors.

North Jersey Media Group Inc. ("NJMG") is an independent, family-owned printing and publishing company, parent of two daily newspapers serving the residents of northern New Jersey: *The Record* (Bergen County), the state's second-largest newspaper, and the *Herald News* (Passaic County). NJMG also publishes more than 40 community newspapers serving towns across five counties and a family of glossy magazines, including (201) Magazine, Bergen County's premiere magazine. All of the newspapers contribute breaking news, features, columns and local information to NorthJersey.com. The company also owns and publishes Bergen.com showcasing the people, places and events of Bergen County.

Online News Association ("ONA") is the world's largest association of online journalists. ONA's mission is to inspire innovation and excellence among journalists to better serve the public. ONA's more than 2,000 members include news writers, producers, designers, editors, bloggers, technologists, photographers, academics, students and others who produce news for the Internet or other digital delivery systems. ONA hosts the annual Online News Association conference and administers the Online Journalism Awards. ONA is dedicated to advancing the interests of digital journalists and the public generally by encouraging editorial integrity and independence, journalistic excellence and freedom of expression and access.

Society of Professional Journalists ("SPJ") is dedicated to improving and protecting journalism. It is the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior. Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry, works to inspire and educate the next generation of journalists and protects First Amendment guarantees of freedom of speech and press.

WP Company LLC (d/b/a The Washington Post) publishes one of the nation's most prominent daily newspapers, as well as a website, www.washingtonpost.com, that is read by an average of more than 20 million unique visitors per month.

**II.     Issues Addressed by Movants in the Brief**

As organizations that regularly engage in newsgathering or represent members who do, *amici* feel strongly that their constitutionally protected activities are threatened when the government collects and catalogues vast amounts of data about their private communications. *Amici* seek to appear in this case to stress the importance of safeguarding those communications and to explain how their activities are affected by governmental monitoring. Journalists often rely on confidential sources when researching and writing of stories of public significance. When the government's power is brought to bear in a way that directly threatens the ability of journalists to gather news and to promise confidentiality to their sources, it is ultimately the public that suffers.

For the foregoing reasons, *amici* request that this Court grant this motion to file the attached brief.

**CONCLUSION**

For the above reasons, Reporters Committee for Freedom of the Press and 13 other media organizations respectfully request this Court's leave to submit the accompanying brief.

Dated: November 18, 2013                By:   /s/ Joshua Koltun
                                              Joshua Koltun, Esq.

                                              Bruce D. Brown, Esq.
                                              REPORTERS COMMITTEE FOR
                                              FREEDOM OF THE PRESS

                                              Attorneys for *Amici Curiae*
                                              REPORTERS COMMITTEE FOR
                                              FREEDOM OF THE PRESS AND 13
                                              OTHER NEWS ORGANIZATIONS

# APPENDIX A

Of counsel for *amici*:

Richard A. Bernstein
Sabin, Bermant & Gould LLP
4 Times Square, 23rd Floor
New York, NY 10036
*Counsel for Advance Publications, Inc.*

Kevin M. Goldberg
Fletcher, Heald & Hildreth, PLC
1300 N. 17th St., 11th Floor
Arlington, VA 22209
*Counsel for American Society of News Editors*

Russell F. Coleman
Belo Corp.
400 S. Record Street
Dallas, TX 75202

David M. Giles
Vice President/
Deputy General Counsel
The E.W. Scripps Company
312 Walnut St., Suite 2800
Cincinnati, OH 45202

Peter Scheer
First Amendment Coalition
534 Fourth St., Suite B
San Rafael, CA 94901

Jeffrey Glasser
Senior Counsel
Tribune Company
202 West First Street
Los Angeles, CA 90012

Karole Morgan-Prager
Juan Cornejo
The McClatchy Company
2100 Q Street
Sacramento, CA 95816

1 | Mickey H. Osterreicher
2 | 1100 M&T Center, 3 Fountain Plaza,
   | Buffalo, NY 14203
3 | *Counsel for National Press Photographers Association*

4 | Barbara L. Camens
   | Barr & Camens
5 | 1025 Connecticut Ave., NW
   | Suite 712
6 | Washington, DC 20036
7 | *Counsel for The Newspaper Guild – CWA*

8 | Jennifer A. Borg
   | General Counsel
9 | North Jersey Media Group Inc.
   | 1 Garret Mountain Plaza
10| Woodland Park, NJ 07424
11|
   | Jonathan D. Hart
12| Dow Lohnes PLLC
   | 1200 New Hampshire Ave., NW
13| Washington, DC 20036
14| *Counsel for Online News Association*

15| Bruce W. Sanford
   | Laurie A. Babinski
16| Baker & Hostetler LLP
17| 1050 Connecticut Ave., NW
   | Suite 1100
18| Washington, DC 20036
   | *Counsel for Society of Professional Journalists*
19|
20| John B. Kennedy
   | James A. McLaughlin
21| Kalea S. Clark
   | The Washington Post
22| 1150 15th Street, N.W.
23| Washington, D.C. 20071

24
25
26
27
28