# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**[PROPOSED] ORDER GRANTING REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 13 OTHER NEWS ORGANIZATIONS' MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>No Hearing Date Requested<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

Having given full consideration to the parties' papers and good cause appearing, it is **HEREBY ORDERED**:

Reporters Committee for Freedom of the Press and 13 other news organizations' motion for leave to file *amici* brief in support of plaintiffs' motion for partial summary judgment is granted.

**IT IS SO ORDERED.**

DATED: _____  _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE