# EXHIBIT N

DIANNE FEINSTEIN, CALIFORNIA, CHAIRMAN
SAXBY CHAMBLISS, GEORGIA, VICE CHAIRMAN

JOHN D. ROCKEFELLER IV, WEST VIRGINIA  OLYMPIA J. SNOWE, MAINE
RON WYDEN, OREGON                      RICHARD BURR, NORTH CAROLINA
BARBARA A. MIKULSKI, MARYLAND          JAMES E. RISCH, IDAHO
BILL NELSON, FLORIDA                   DANIEL COATS, INDIANA
KENT CONRAD, NORTH DAKOTA              ROY BLUNT, MISSOURI
MARK UDALL, COLORADO                   MARCO RUBIO, FLORIDA
MARK WARNER, VIRGINIA

HARRY REID, NEVADA, EX OFFICIO
MITCH McCONNELL, KENTUCKY, EX OFFICIO
CARL LEVIN, MICHIGAN, EX OFFICIO
JOHN McCAIN, ARIZONA, EX OFFICIO

DAVID GRANNIS, STAFF DIRECTOR
MARTHA SCOTT POINDEXTER, MINORITY STAFF DIRECTOR
KATHLEEN P. McGHEE, CHIEF CLERK

SCI# 2011 - 0823

**United States Senate**
SELECT COMMITTEE ON INTELLIGENCE
WASHINGTON, DC 20510-6475

February 8, 2011

Dear Colleague:

Three provisions of the Foreign Intelligence Surveillance Act of 1978 (FISA) will sunset on February 28, 2011. Two – one on roving authority for electronic surveillance and the other on the acquisition of business records that are relevant to investigations to protect against international terrorism or espionage – were added to FISA by the USA PATRIOT Act. The third, on "lone wolf" authority under FISA, was added by the Intelligence Reform Act of 2004.

Members of our Committee have previously requested that the Executive Branch permit each Member of Congress access to information on the nature and significance of the intelligence authority on which they are asked to vote. In response, last year the Attorney General and the Director of National Intelligence (DNI) provided a classified report to the House and Senate Intelligence Committees in advance of the previous sunset date of February 28, 2010. At the request of our Committee, the Attorney General and DNI have now provided an updated classified report for review by Members in connection with this year's February 28, 2011 sunset. As was requested last year, they have asked that any interested Member review this report in a secure setting.

We invite each Senator to read this classified report in our committee spaces in Room 211, Hart Senate Office Building. The Attorney General and DNI have offered to make Justice Department and Intelligence Community personnel available to meet with any Member who has questions. We will be pleased to make our staff available for the same purpose. Please contact our Security Director, James Wolfe, at 224-1751, to arrange to read the report.

Sincerely,

Dianne Feinstein
Chairman

Saxby Chambliss
Vice Chairman