| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| DAVID GREENE (SBN 160107) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| KURT OPSAHL (SBN 191303) | KEKER & VAN NEST, LLP |
| MATTHEW ZIMMERMAN (SBN 212423) | 633 Battery Street |
| MARK RUMOLD (SBN 279060) | San Francisco, California 94111 |
| ANDREW CROCKER (SBN 291596) | Tel.: (415) 391-5400; Fax: (415) 397-7188 |
| JAMES S. TYRE (SBN 083117) | |
| ELECTRONIC FRONTIER FOUNDATION | RICHARD R. WIEBE (SBN 121156) |
| 815 Eddy Street | wiebe@pacbell.net |
| San Francisco, CA 94109 | LAW OFFICE OF RICHARD R. WIEBE |
| Tel.: (415) 436-9333; Fax: (415) 436-9993 | One California Street, Suite 900 |
| | San Francisco, CA 94111 |
| THOMAS E. MOORE III (SBN 115107) | Tel.: (415) 433-3200; Fax: (415) 433-6382 |
| tmoore@rroyselaw.com | |
| ROYSE LAW FIRM, PC | ARAM ANTARAMIAN (SBN 239070) |
| 1717 Embarcadero Road | aram@eff.org |
| Palo Alto, CA 94303 | LAW OFFICE OF ARAM ANTARAMIAN |
| Tel.: (650) 813-9700; Fax: (650) 813-9777 | 1714 Blake Street |
| | Berkeley, CA 94703 |
| Attorneys for Plaintiffs | Tel.: (510) 289-1626 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, | Case No: 3:13-cv-03287 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO DISMISS** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| | Date: April 25, 2014 |
| | Time: 9:00 a.m. |
| | Hon. Jeffrey S. White |
| | Courtroom 11 - 19th Floor |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court extend the briefing schedule on the parties' cross-motions for partial summary judgment and to dismiss the action, as follows:

Plaintiffs' MSJ Reply and Opposition to Defendants' Motion to Dismiss:

Currently due: **January 10, 2014**    Proposed new due date: **January 24, 2014**

Defendants' Motion to Dismiss Reply:

Currently due: **January 24, 2014**    Proposed new due date: **February 21, 2014**.

This extension is requested in order to allow the parties more time to fully brief the numerous issues in this case, especially in light of the recent decision by the District Court for the District of Columbia in *Klayman v. Obama*, ___ F.Supp.2d ____, 2013 WL 6571596 (Dec. 16, 2013), to take into account the briefing schedule set in *Jewel v. NSA,* as well as the other commitments of counsel and the travel and holiday vacation schedules of counsel and their families.

There have been no previous requests to alter the briefing schedule and this requested change should not impact the schedule of this case. The hearing on this matter is scheduled for April 25, 2014.

DATED: December 19, 2013                Respectfully submitted,

             /s/ *Cindy Cohn*
Cindy Cohn
CINDY COHN
LEE TIEN
DAVID GREENE
KURT OPSAHL
MATTHEW ZIMMERMAN
MARK RUMOLD
ANDREW CROCKER
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION

---

Case No.: 3:13-cv-03287 JSW

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE

1

| | |
|---|---|
| | RICHARD R. WIEBE<br>LAW OFFICE OF RICHARD R. WIEBE |
| | THOMAS E. MOORE III<br>ROYSE LAW FIRM, PC |
| | RACHAEL E. MENY<br>MICHAEL S. KWUN<br>BENJAMIN W. BERKOWITZ<br>KEKER & VAN NEST, LLP |
| | ARAM ANTARAMIAN<br>LAW OFFICE OF ARAM ANTARAMIAN |
| | *Counsel for Plaintiffs* |
| DATED: December 19, 2013 | Respectfully submitted, |
| | STUART F. DELERY<br>Assistant Attorney General |
| | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO<br>Deputy Branch Director<br>tony.coppolino@usdoj.gov |
| | /s/ *Marcia Berman*<br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br>MARCIA BERMAN<br>Senior Trial Counsel<br>marcia.berman@usdoj.gov<br>BRYAN DEARINGER<br>Trial Attorney<br>bryan.dearinger@usdoj.gov<br>RODNEY PATTON<br>Trial Attorney<br>rodney.patton@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Rm. 7132<br>Washington, D.C. 20001 |
| | *Counsel for the Government Defendants<br>Sued in their Official Capacities* |

2

Case No.: 3:13-cv-03287 JSW    STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Cindy Cohn, hereby declare pursuant to Local Rule 5-1 that I have obtained Defendant's concurrence in the filing of this document from Marcia Berman, Counsel for Defendants.

Executed on December 19, 2013, in San Francisco, California.

                                                  */s/ Cindy Cohn*
                                                  Cindy Cohn

\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____

                                                  The Hon. Jeffrey S. White
                                                  United States District Judge