UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>[PROPOSED] ORDER GRANTING ADMIN. MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE CASE NO. 3:13-CV-03287 JSW<br>(Local Rule 7-11)<br><br>No Hearing Date Requested<br>Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |

Having given full consideration to the parties' papers and good cause appearing, it is **HEREBY ORDERED**:

Experts in the History of Executive Surveillance's motion for leave to file the proposed brief *amicus curiae* supporting Plaintiffs in this litigation is **GRANTED**.

**IT IS SO ORDERED.**

DATED: February 5, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE