Thomas R. Burke (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

Edward J. Davis (application for admission *pro hac vice* forthcoming)
Linda Steinman (application for admission *pro hac vice* forthcoming)
Lacy H. Koonce, III (application for admission *pro hac vice* forthcoming)
Eric Feder (application for admission *pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340

Attorneys For *Amicus Curiae* PEN American Center

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:13-CV-03287 JSW<br><br>**[PROPOSED]** ORDER GRANTING MOTION OF NON-PARTY PEN AMERICAN CENTER FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS |

　　　This matter comes before the Court on the unopposed motion of movant PEN American Center for leave to file a brief as *amicus curiae* in support of Plaintiffs. Having fully read and considered movant's motion, and being fully advised,

　　　The Court hereby orders that the motion is granted and that movant may file an *amicus curiae* brief.

1

Motion of Non-Party PEN American Center for Leave to File Brief as *Amicus Curiae*
Case No. 3:13-CV-03287 JSW
DWT 22972963v1 0085000-000280

1   IT IS SO ORDERED.

2   DATED: _____February 5, 2014_____   _____
                                              THE HON. JEFFREY S. WHITE
3                                             UNITED STATES DISTRICT COURT

DAVIS WRIGHT TREMAINE LLP

2

[PROPOSED] Order Granting Motion of Non-Party PEN American Center for Leave to File Brief as *Amicus Curiae*
Case No. 3:13-CV-03287 JSW
DWT 22972963v1 0085000-000280