UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**[PROPOSED] ORDER GRANTING REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 13 OTHER NEWS ORGANIZATIONS' MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>No Hearing Date Requested<br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

Having given full consideration to the parties' papers and good cause appearing, it is **HEREBY ORDERED**:

Reporters Committee for Freedom of the Press and 13 other news organizations' motion for leave to file *amici* brief in support of plaintiffs' motion for partial summary judgment is granted.

**IT IS SO ORDERED.**

DATED: February 5, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING REPORTERS COMMITTEE FOR FREEDOM OF THE
PRESS' MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 13-cv-3287 JSW