1  Alex Abdo
   aabdo@aclu.org
2  Brett Max Kaufman
   bkaufman@aclu.org
3  Patrick Toomey
   ptoomey@aclu.org
4  Jameel Jaffer
   jjaffer@aclu.org
5  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   125 Broad Street, 18th Floor
6  New York, New York 10004
   Telephone: (212) 549-2500
7  Facsimile: (212) 549-2654

8  Julia Harumi Mass (CA SBN 189649)
   jmass@aclunc.org
9  Nicole A. Ozer (CA SBN 228643)
   nozer@aclunc.org
10 Matthew T. Cagle (CA SBN 286101)
   mcagle@aclunc.org
11 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
      OF NORTHERN CALIFORNIA
12 39 Drumm Street
   San Francisco, California 94111
13 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437

*Attorneys for Amici Curiae Senator Ron Wyden,
   Senator Mark Udall, & Senator Martin Heinrich*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES *et al.*, | Case No. 3:13-cv-03287 JSW |
| *Plaintiffs*, | **[PROPOSED]** ORDER GRANTING LEAVE TO FILE BRIEF *AMICUS CURIAE* |
| v. | |
| NATIONAL SECURITY AGENCY *et al.*, | |
| *Defendants*. | |

1 **[PROPOSED] ORDER**

2 Before the Court is the unopposed motion of Senator Ron Wyden, Senator Mark Udall,
3 and Senator Martin Heinrich for leave to file a brief *amicus curiae* in support of Plaintiffs'
4 Motion for Partial Summary Judgment that the Telephone Records Program is Unlawful Under
5 Section 215 of the Patriot Act and First Amendment (ECF No. 24).

6 Upon consideration of the papers, and good cause appearing, it is hereby ORDERED
7 that the motion for leave to file a brief *amicus curiae* is GRANTED.

8 IT IS SO ORDERED.

10 Dated this 5th day of February, 2014, 2013.

12 _____
   United States District Judge