UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>   Defendants. | Case No.  13-cv-03287-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTIONS**<br><br>Re: Dkt. Nos. 24, 66 |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that the hearings scheduled for April 25, 2014 on the Motion for Partial Summary Judgment (doc. no. 24) and the Motion to Dismiss (doc. no. 66) are vacated and shall be rescheduled by further order of the Court.

Dated: February 25, 2014

Richard W. Wieking
Clerk, United States District Court

By: *Jennifer Ottolini*
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
415-522-4173