IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| First Unitarian Church of Los Angeles, et al. | Case No.: 3:13-cv-03287-JSW |
| Plaintiff, | |
| v. | |
| National Security Agency, et al. | |
| Defendant. | |

## NOTICE REGARDING PROPOSED VIDEO RECORDING

A request has been made to video record the 03 / 19 / 2014 [DATE] Hearing re preservation of evidence [PROCEEDING] in this case pursuant to General Order 65, as part of the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras ("Pilot Project").

☑ All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge the proceeding will video recorded as part of the Pilot Project. See http://www.cand.uscourts.gov/cameras for more information.

☐ At least one party and/or the presiding judge has opposed the request to video record; the proceeding will not be video recorded.

03 / 18 / 2014
Date

Digitally signed by Zackary M. Lyons
Date: 2014.03.18 14:11:31 -07'00'

Zackary M. Lyons, Deputy Clerk