CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
DAVID GREENE (SBN 160107)
KURT OPSAHL (SBN 191303)
MATTHEW ZIMMERMAN (SBN 212423)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
JAMES S. TYRE (SBN 083117)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333; Fax: (415) 436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Tel.: (650) 813-9700; Fax: (650) 813-9777

Attorneys for Plaintiffs

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California 94111
Tel.: (415) 391-5400; Fax: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 433-3200; Fax: (415) 433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Tel.: (510) 289-1626

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No: 3:13-cv-03287 JSW<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Hon. Jeffrey S. White<br>Courtroom 11 - 19th Floor |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew Zimmerman (SBN 212423) is no longer counsel of record for Plaintiffs and is no longer associated with this case or the Electronic Frontier Foundation. Please continue to direct all future correspondence, pleadings, etc. to the following counsel, who remain counsel of record for Plaintiffs:

| | |
|---|---|
| CINDY COHN | RACHAEL E. MENY |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN | MICHAEL S. KWUN |
| DAVID GREENE | BENJAMIN W. BERKOWITZ |
| KURT OPSAHL | KEKER & VAN NEST, LLP |
| MARK RUMOLD | 633 Battery Street |
| ANDREW CROCKER | San Francisco, California 94111 |
| JAMES S. TYRE | Tel.: (415) 391-5400 |
| ELECTRONIC FRONTIER FOUNDATION | Fax: (415) 397-7188 |
| 815 Eddy Street | RICHARD R. WIEBE |
| San Francisco, CA 94109 | wiebe@pacbell.net |
| Tel.: (415) 436-9333 | LAW OFFICE OF RICHARD R. WIEBE |
| Fax: (415) 436-9993 | One California Street, Suite 900 |
| | San Francisco, CA 94111 |
| THOMAS E. MOORE III | Tel.: (415) 433-3200 |
| tmoore@rroyselaw.com | Fax: (415) 433-6382 |
| ROYSE LAW FIRM, PC | |
| 1717 Embarcadero Road | ARAM ANTARAMIAN |
| Palo Alto, CA 94303 | aram@eff.org |
| Tel.: (650) 813-9700 | LAW OFFICE OF ARAM ANTARAMIAN |
| Fax: (650) 813-9777 | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Tel.: (510) 289-1626 |

DATED: March 27, 2014               Respectfully submitted,

                                                    /s/ Cindy Cohn
                                              Cindy Cohn

                                              CINDY COHN
                                              LEE TIEN
                                              DAVID GREENE
                                              KURT OPSAHL
                                              MARK RUMOLD
                                              ANDREW CROCKER

1

| | |
|---|---|
| 1 | JAMES S. TYRE |
| | ELECTRONIC FRONTIER FOUNDATION |
| 2 | |
| | RICHARD R. WIEBE |
| 3 | LAW OFFICE OF RICHARD R. WIEBE |
| 4 | |
| | THOMAS E. MOORE III |
| 5 | ROYSE LAW FIRM, PC |
| 6 | RACHAEL E. MENY |
| | MICHAEL S. KWUN |
| 7 | BENJAMIN W. BERKOWITZ |
| | KEKER & VAN NEST, LLP |
| 8 | |
| | ARAM ANTARAMIAN |
| 9 | LAW OFFICE OF ARAM ANTARAMIAN |
| 10 | |
| | *Counsel for Plaintiffs* |