| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MARK RUMOLD (SBN 279060) | JUSTINA K. SESSIONS (SBN 270914) |
| DAVID GREENE (SBN 160107) | PHILIP J. TASSIN (SBN 287787) |
| JAMES S. TYRE (SBN 083117) | KEKER & VAN NEST, LLP |
| ANDREW CROCKER (SBN 291596) | 633 Battery Street |
| ELECTRONIC FRONTIER FOUNDATION | San Francisco, CA 94111 |
| 815 Eddy Street | Telephone: (415) 391-5400 |
| San Francisco, CA 94109 | Fax: (415) 397-7188 |
| Telephone: 415/436-9333; Fax: 415/436-9993 | |
| | RICHARD R. WIEBE (SBN 121156) |
| THOMAS E. MOORE III (SBN 115107) | wiebe@pacbell.net |
| tmoore@rroyselaw.com | LAW OFFICE OF RICHARD R. WIEBE |
| ROYSE LAW FIRM, PC | One California Street, Suite 900 |
| 1717 Embarcadero Road | San Francisco, CA 94111 |
| Palo Alto, CA 94303 | Telephone: 415/433-3200; Fax: 415/433-6382 |
| Telephone: 650/813-9700; Fax: 650/813-9777 | |
| | ARAM ANTARAMIAN (SBN 239070) |
| | aram@eff.org |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No: 4:13-cv-03287 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Courtroom 5, 2nd Floor <br> The Honorable Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER

1   THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY
2   STIPULATE, that, as previously indicated in the Joint Case Management Statement (ECF No. 20) at
3   p. 7 and plaintiffs' Reply in Support of Motion for Partial Summary Judgment and Opposition to
4   Defendants' Motion to Dismiss (ECF No. 72) at p. 17 n. 8, plaintiffs intended to file a Second
5   Amended Complaint setting forth a damages cause of action under 18 U.S.C. section 2712 as soon as
6   plaintiffs had exhausted their administrative remedies, that those remedies have been exhausted and
7   that:

8   1.   Plaintiffs may file their Second Amended Complaint, a copy of which is attached
9   ~~hereto~~ as Exhibit 1 and is incorporated herein;

10  2.   The filing of the Second Amended Complaint will have no effect on the pending
11  cross-motions for partial summary judgment and to dismiss the claims asserted in plaintiffs' First
12  Amended Complaint;

13  3.   No answer or other responsive pleading to the Second Amended Complaint will be
14  due until 30 days after the decision on the pending cross-motions.

Dated: August 18, 2014                    Respectfully submitted,

                                          *s/ Cindy Cohn*
                                          CINDY COHN
                                          LEE TIEN
                                          KURT OPSAHL
                                          JAMES S. TYRE
                                          MARK RUMOLD
                                          ANDREW CROCKER
                                          DAVID GREENE
                                          ELECTRONIC FRONTIER FOUNDATION

                                          RICHARD R. WIEBE
                                          LAW OFFICE OF RICHARD R. WIEBE

                                          THOMAS E. MOORE III
                                          ROYSE LAW FIRM

                                          RACHAEL E. MENY
                                          MICHAEL S. KWUN
                                          BENJAMIN W. BERKOWITZ

1

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 13-cv-3287-JSW

|   |   |
|---|---|
|   | JUSTINA K. SESSIONS<br>PHILIP J. TASSIN<br>KEKER & VAN NEST LLP<br><br>ARAM ANTARAMIAN<br>LAW OFFICE OF ARAM ANTARAMIAN<br><br>*Counsel for Plaintiffs* |
| Dated: August 18, 2014 | STUART F. DELERY<br>Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br>tony.coppolino@usdoj.gov<br><br>*s/ Marcia Berman*<br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br>MARCIA BERMAN<br>Senior Trial Counsel<br>marcia.berman@usdoj.gov<br>BRYAN DEARINGER<br>Trial Attorney<br>bryan.dearinger@usdoj.gov<br>RODNEY PATTON<br>Trial Attorney<br>rodney.patton@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Rm. 7132<br>Washington, D.C. 20001<br>Phone: (202) 514-2205<br>Fax: (202) 616-8470<br><br>*Counsel for the Government Entity And Official Capacity Defendants* |

\* \* \* \* \* \* \*

### DECLARATION PURSUANT TO LOCAL RULE 5-1

I, Cindy Cohn, hereby declare pursuant to Local Rule 5-1 that Plaintiffs have obtained the Government Entity and Official-Capacity Defendants' concurrence in the filing of this document from Marcia Berman, Counsel for the Government Entity and Official-Capacity Defendants.

Executed on August 18, 2014, in San Francisco, California.

*s/ Cindy Cohn*
Cindy Cohn

\* \* \* \* \* \* \*

### ORDER

PURSUANT TO STIPULATION, it is hereby ORDERED that the Clerk of the Court is directed to enter on the docket Exhibit 1 attached hereto as Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 19, 2014

HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE