
JOYCE R. BRANDA
Acting Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

MARCIA BERMAN
Senior Trial Counsel

RODNEY PATTON
Trial Attorney

JULIA BERMAN
Trial Attorney

U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
Email: Marcia.berman@usdoj.gov

*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No. 4:13-cv-03287-JSW<br><br>**GOVERNMENT DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO REQUEST HEARING DATES FOR PENDING MOTIONS** |

Plaintiffs' Administrative Motion to Request Hearing Dates for Pending Motions (ECF No. 122) requests that the Court set a hearing date on Plaintiffs' pending motion for partial summary judgment and the Government's pending cross-motion to dismiss. Pls.' Admin. Mot. at 1. The Government Defendants submit that it would disserve the interests of judicial economy to set a hearing on the cross-motions at this time, because the very same claim made by

Gov't Defs.' Resp. to Pls.' Admin. Mot. for a Hearing, Case No. 4:13-cv-03287-JSW

1

Plaintiffs— that the Government's Section 215 telephony metadata program violates the Fourth Amendment—is currently before the Ninth Circuit. As the Government previously advised the Court, the United States District Court for the District of Idaho held in *Smith v. Obama, et al.*, -- F. Supp. 2d --, 2014 WL 2506421 (June 3, 2014), that the Section 215 telephony metadata program does not violate the Fourth Amendment. Gov't Defs.' Statement of Recent Decision (ECF No. 121). The plaintiffs in that case—represented by the same attorneys representing Plaintiffs in this case—appealed and requested that the appeal be expedited. *Smith* is now fully briefed, and oral argument is set for December 8, 2014. *See* Notice of Oral Argument, Docket No. 54, Case No. 14-35555 (9th Cir.).[1]

It is of no moment that Plaintiffs have asserted other claims along with their Fourth Amendment claim that are not present in *Smith*, such as their First Amendment claim. Plaintiffs' Fourth Amendment claim is squarely at issue in the Government's cross-motion to dismiss, on which Plaintiffs request a hearing date, and it is squarely at issue in the *Smith* appeal. Indeed, as Plaintiffs acknowledge, it is *the* issue before the Ninth Circuit in *Smith*, virtually ensuring that the Ninth Circuit will soon rule on the very same claim, regarding the very same intelligence program, that Plaintiffs assert here. It would simply not be in the interests of judicial economy to hold a hearing on this very issue while it is pending for decision before the Ninth Circuit. *See* ECF No. 98, *Jewel v. NSA*, Case No. 08-4373-JSW (July 26, 2012) (staying proceedings until after Ninth Circuit reached decision in another case, where the plaintiffs' motion for partial summary judgment raised an issue presented in the other case on appeal).

Moreover, Plaintiffs' suggestion that the Court hear argument on the parties' cross-motions on December 19, 2014, combined with the hearing in *Jewel v. NSA* on pending cross-motions in that case, is ill-advised. Plaintiffs claim this would be efficient because "[t]he parties will already be before the Court on that date . . . ." Pls.' Admin. Mot. at 2. The parties to *Jewel*

---

[1] Similar Fourth Amendment challenges to the Section 215 telephony metadata program have also been briefed and argued and are now awaiting decision in the Second and D.C. Circuits. *ACLU v. Clapper*, No. 14-42 (2d Cir.); *Klayman v. Obama*, Nos. 14-5004, 14-5005, 14-5016, 14-5017 (D.C. Cir.).

Gov't Defs.' Resp. to Pls.' Admin. Mot. for a Hearing, Case No. 4:13-cv-03287-JSW

and this case are in fact different. While it is true that the lawyers are the same, that is the extent of the overlap between the proceedings. The cross-motions set for argument in *Jewel* on December 19 relate to the Government's Upstream collection pursuant to Section 702 of the Foreign Intelligence Surveillance Act ("FISA"), an entirely different intelligence-gathering program that operates under different statutory authority than the Section 215 telephony metadata program. Consequently, the motions in the two cases present numerous non-overlapping issues. As the briefing demonstrates in this case, Plaintiffs' claims here raise significant jurisdictional, statutory, and constitutional issues. The *Jewel* cross-motions also raise complicated factual and legal issues pertaining to the scope of the plaintiffs' claims, their standing, and a variety of issues subsumed under the merits of their Fourth Amendment claim that differ from those involved here, owing to the differences in the two challenged programs. It would not serve the Court, or the parties to either case, to further complicate matters by combining the *Jewel* hearing with a hearing on the dissimilar cross-motions in the instant case.

Dated:  November 4, 2014               Respectfully Submitted,

                                       JOYCE R. BRANDA
                                       Acting Assistant Attorney General

                                       JOSEPH H. HUNT
                                       Director, Federal Programs Branch

                                       ANTHONY J. COPPOLINO
                                       Deputy Branch Director

                                       JAMES J. GILLIGAN
                                       Special Litigation Counsel

                                       RODNEY PATTON
                                       Trial Attorney

                                       JULIA BERMAN
                                       Trial Attorney

                                       By:  */s/ Marcia Berman*
                                       MARCIA BERMAN
                                       Senior Trial Counsel
                                       Marcia.berman@usdoj.gov
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Avenue, NW, Rm. 7132

Gov't Defs.' Resp. to Pls.' Admin. Mot. for a Hearing, Case No. 4:13-cv-03287-JSW

Washington, D.C. 20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

Gov't Defs.' Resp. to Pls.' Admin. Mot. for a Hearing, Case No. 4:13-cv-03287-JSW

4