CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  415/436-9333; Fax:  415/436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone:  650/813-9700; Fax:  650/813-9777

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
JUSTINA K. SESSIONS (SBN 270914)
PHILIP J. TASSIN (SBN 287787)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 391-5400
Fax:  (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  415/433-3200; Fax:  415/433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  (510) 289-1626

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>                    Plaintiffs,<br><br>   v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>                 Defendants. | Case No. 4:13-cv-03287-JSW<br><br>DENYING<br>**[PROPOSED] ORDER ~~GRANTING~~**<br>**PLAINTIFFS' ADMINISTRATIVE**<br>**MOTION TO REQUEST HEARING**<br>**DATES FOR PENDING MOTIONS**<br><br>Courtroom 5, 2nd Floor<br>The Honorable Jeffrey S. White |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Upon consideration of the Plaintiffs' Administrative Motion to Request Hearing Dates for Pending Motions, and Defendants' response thereto, and ~~good cause appearing~~, **IT IS HEREBY ORDERED** that:

DENIED
Plaintiffs' motion is **~~GRANTED~~.**  Plaintiffs' Motion for Partial Summary Judgment and the Government's Cross-Motion to Dismiss will be ~~heard on~~  set for hearing by further order of the Court.

**IT IS SO ORDERED.**

Dated: ___December 9, 2014_____       _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Case No. 13-cv-3287-JSW    [~~PROPOSED~~] ORDER ~~GRANTING~~ MOTION FOR HEARING
DATES FOR PENDING MOTIONS