CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
MARK RUMOLD (SBN 279060)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Fax: (415) 436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 813-9700
Fax: (650) 813-9777

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
BENJAMIN W. BERKOWITZ (SBN 244441)
MICHAEL S. KWUN (SBN 198945)
JUSTINA K. SESSIONS (SBN 270914)
PHILIP J. TASSIN (SBN 287787)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Fax: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Fax: (415) 433-6382

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,

Plaintiffs,

v.

NATIONAL SECURITY AGENCY, *et al.*,

Defendants.

Case No: 4:13-cv-03287 JSW

**STIPULATION AND [PROPOSED] ORDER**

Courtroom 5, 2nd Floor
The Honorable Jeffrey S. White

THE FOLLOWING PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE:

1. Subject to the Court adopting Paragraph 2 of this Stipulation in full, defendants Admiral Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey and James R. Clapper, only insofar as they are sued in their individual capacity, through their undersigned counsel, accept service of summons and Plaintiffs' Second Amended Complaint in their personal capacity, waive timely service of a summons, and agree they will not challenge the adequacy or timeliness of service.

2. No answer or other response to the Second Amended Complaint will be due from these defendants to the extent they are sued in their individual capacity until 30 days after the filing of the Court's decision on the Government Defendants' currently pending motion to dismiss (ECF No. 66).

Dated: January 30, 2015

Respectfully submitted,

*s/ Richard R. Wiebe*
RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

CINDY COHN
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
MARK RUMOLD
ANDREW CROCKER
DAVID GREENE
ELECTRONIC FRONTIER FOUNDATION

THOMAS E. MOORE III
ROYSE LAW FIRM

RACHAEL E. MENY
BENJAMIN W. BERKOWITZ
MICHAEL S. KWUN
JUSTINA K. SESSIONS
PHILIP J. TASSIN
KEKER & VAN NEST LLP

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN

*Counsel for Plaintiffs*

Dated: January 30, 2015

*/s James R. Whitman*
James R. Whitman
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Constitutional Torts Section
1425 New York Ave., N.W.
Washington, DC 20005

*Counsel for Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper, only insofar as they are sued in their individual capacity*

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Richard R. Wiebe, hereby declare pursuant to Local Rule 5-1 that Plaintiffs have obtained the concurrence of James R. Whitman, counsel to the Individual Capacity Defendants, in the filing of this document.

Executed on January 30, 2015, in San Francisco, California.

*s/ Richard R. Wiebe*
Richard R. Wiebe

**[PROPOSED] ORDER**

Pursuant to stipulation, it is ordered that the time for Individual Capacity Defendants Admiral Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper to answer or otherwise respond to Plaintiffs' Second Amended Complaint is extended to 30 days after the filing of the Court's decision on the Government Defendants' currently pending motion to dismiss (ECF No. 66).

**IT IS SO ORDERED.**

Dated: ______________________

______________________
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE