| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| KURT OPSAHL (SBN 191303) | MICHAEL S. KWUN (SBN 198945) |
| MARK RUMOLD (SBN 279060) | JUSTINA K. SESSIONS (SBN 270914) |
| DAVID GREENE (SBN 160107) | PHILIP J. TASSIN (SBN 287787) |
| JAMES S. TYRE (SBN 083117) | KEKER & VAN NEST, LLP |
| ANDREW CROCKER (SBN 291596) | 633 Battery Street |
| ELECTRONIC FRONTIER FOUNDATION | San Francisco, CA  94111 |
| 815 Eddy Street | Telephone:  (415) 391-5400 |
| San Francisco, CA  94109 | Fax:  (415) 397-7188 |
| Telephone:  (415) 436-9333 | |
| Fax:  (415) 436-9993 | RICHARD R. WIEBE (SBN 121156) |
| | wiebe@pacbell.net |
| THOMAS E. MOORE III (SBN 115107) | LAW OFFICE OF RICHARD R. WIEBE |
| tmoore@rroyselaw.com | One California Street, Suite 900 |
| ROYSE LAW FIRM, PC | San Francisco, CA 94111 |
| 1717 Embarcadero Road | Telephone:  (415) 433-3200 |
| Palo Alto, CA 94303 | Fax:  (415) 433-6382 |
| Telephone:  (650) 813-9700 | |
| Fax:  (650) 813-9777 | ARAM ANTARAMIAN (SBN 239070) |
| | aram@eff.org |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Telephone:  (510) 289-1626 |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, | Case No: 4:13-cv-03287 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | Courtroom 5, 2nd Floor |
| Defendants. | The Honorable Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER

1  THE FOLLOWING PARTIES, BY AND THROUGH THEIR RESPECTIVE
2  COUNSEL, HEREBY STIPULATE:
3  1.  Subject to the Court adopting Paragraph 2 of this Stipulation in full, defendants
4  Admiral Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey and James R.
5  Clapper, only insofar as they are sued in their individual capacity, through their undersigned
6  counsel, accept service of summons and Plaintiffs' Second Amended Complaint in their personal
7  capacity, waive timely service of a summons, and agree they will not challenge the adequacy or
8  timeliness of service.
9  2.  No answer or other response to the Second Amended Complaint will be due from
10 these defendants to the extent they are sued in their individual capacity until 30 days after the
11 filing of the Court's decision on the Government Defendants' currently pending motion to
12 dismiss (ECF No. 66).

14 Dated: January 30, 2015              Respectfully submitted,

                                       *s/ Richard R. Wiebe*
                                       RICHARD R. WIEBE
                                       LAW OFFICE OF RICHARD R. WIEBE

                                       CINDY COHN
                                       LEE TIEN
                                       KURT OPSAHL
                                       JAMES S. TYRE
                                       MARK RUMOLD
                                       ANDREW CROCKER
                                       DAVID GREENE
                                       ELECTRONIC FRONTIER FOUNDATION

                                       THOMAS E. MOORE III
                                       ROYSE LAW FIRM

                                       RACHAEL E. MENY
                                       BENJAMIN W. BERKOWITZ
                                       MICHAEL S. KWUN
                                       JUSTINA K. SESSIONS
                                       PHILIP J. TASSIN
                                       KEKER & VAN NEST LLP

|   |   |
|---|---|
| | ARAM ANTARAMIAN |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | *Counsel for Plaintiffs* |
| Dated:  January 30, 2015 | */s James R. Whitman* |
| | James R. Whitman |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Torts Branch |
| | Constitutional Torts Section |
| | 1425 New York Ave., N.W. |
| | Washington, DC 20005 |
| | *Counsel for Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper, only insofar as they are sued in their individual capacity* |

### **DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Richard R. Wiebe, hereby declare pursuant to Local Rule 5-1 that Plaintiffs have obtained the concurrence of James R. Whitman, counsel to the Individual Capacity Defendants, in the filing of this document.

Executed on January 30, 2015, in San Francisco, California.

*s/ Richard R. Wiebe*
Richard R. Wiebe

**[PROPOSED] ORDER**

Pursuant to stipulation, it is ordered that the time for Individual Capacity Defendants Admiral Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper to answer or otherwise respond to Plaintiffs' Second Amended Complaint is extended to 30 days after the filing of the Court's decision on the Government Defendants' currently pending motion to dismiss (ECF No. 66).

**IT IS SO ORDERED.**

Dated:   February 2, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE