STUART F. DELERY
Assistant Attorney General
RUPA BHATTACHARYYA
Director, Torts Branch
JAMES R. WHITMAN (D.C. Bar No. 987694)
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4169
Fax: (202) 616-4314

*Attorneys for Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper, in their Individual Capacity*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:13-cv-03287-JSW<br><br>**NOTICE OF APPEARANCE FOR INDIVIDUAL CAPACITY DEFENDANTS**<br><br>The Honorable Jeffrey S. White<br><br>Courtroom 11, 19th Floor |

*First Unitarian Church of Los Angeles v. NSA*, No. 3:13-cv-03287-JSW, Notice of Appearance for Individual Capacity Defendants

The undersigned counsel hereby enters his appearance as counsel of record in this action on behalf of the following defendants solely in their individual capacity:  Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper.[1]

      Respectfully submitted this **th day of January 2015,

STUART F. DELERY
Assistant Attorney General, Civil Division

RUPA BHATTACHARYYA
Director, Torts Branch

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch

/s/ *James R. Whitman*
JAMES R. WHITMAN (D.C. Bar No. 987694)
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4169
Fax: (202) 616-4314
james.whitman@usdoj.gov

*Attorneys for Michael S. Rogers, Eric H. Holder, John P. Carlin, James B. Comey, and James R. Clapper, in their Individual Capacity*

---

[1] By filing this Notice of Appearance, the individual capacity defendants do not waive, and expressly reserve, all available defenses to them related to all aspects of this action.

*First Unitarian Church of Los Angeles v. NSA*, No. 3:13-cv-03287-JSW, Notice of Appearance for Individual Capacity Defendants

- 2 -