UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,

    Plaintiffs,

v.

NATIONAL SECURITY AGENCY, *et al.*,

    Defendants.

Case No. 3:13-cv-03287-JSW

**[PROPOSED]** ORDER

Upon consideration of Plaintiffs' Administrative Motion to Request Hearing Dates for Pending Motions, ECF No. 133, and the Government Defendants' response thereto, it is hereby ordered that the motion is denied.

AND IT IS SO ORDERED.

Date:   June 1  , 2015

_____
JEFFREY S. WHITE
U.S. DISTRICT JUDGE

Proposed Order Denying Pls.' Admin. Mot. to Request Hearing Dates for Pending Motions, *First Unitarian et al. v. NSA et al.*, 3:13-cv-03287-JSW