CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046 )
AARON MACKEY (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  415/436-9333; Fax:  415/436-9993

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, CA 94025
Telephone:  650/813-9700; Fax:  650/813-9777

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
BENJAMIN W. BERKOWITZ (SBN 244441)
PHILIP J. TASSIN (SBN 287787)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  415/391-5400; Fax:  415/397-7188

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  415/433-3200; Fax:  415/433-6382

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  510/289-1626

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No: 4:13-cv-03287 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING THE APPEAL OF** *JEWEL v. NATIONAL SECURITY AGENCY* |

STIPULATION & (PROPOSED) ORDER

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE, that this action shall be stayed in its entirety as to all parties pending the final disposition of the appeal of *Jewel, et al. v. National Security Agency, et al.*, N.D. Cal. Case No. 08-CV-4373-JSW ("*Jewel*"), now pending before the Ninth Circuit Court of Appeals as Case No. 19-16066.  The stay is necessary because the resolution of several of the issues pending in the *Jewel* appeal will potentially inform the disposition of similar issues pending in this case.  Judicial economy will be better served for those issues to be resolved through the appellate process in *Jewel* than for any aspect of this case to proceed at this time.

In entering into this stipulation, plaintiffs do not concede that an adverse ruling in the *Jewel* appeal would deprive them of standing in the instant action.  To the contrary, and by way of example only, it is plaintiffs' position that the government cannot reasonably dispute the standing of those plaintiffs who were Verizon Business Network Services subscribers whose communications and data were collected as described in the government-acknowledged April 25, 2013 FISC order.  Plaintiffs reserve the right to bring a motion to end the stay if there is a material change of circumstances, including an undue delay in the *Jewel* appeal.

The government, in turn, notes that by entering this stipulation it does not concede that an adverse ruling in the Jewel appeal would establish plaintiffs' standing in this case. Nor does the government concede that any of the plaintiffs in this case, including those who were Verizon Business Network Services subscribers, as described above, have standing to maintain their claims.  Nevertheless, the parties' disagreement on standing is immaterial for present purposes because both parties agree that the case should be stayed pending the final disposition of the appeal in Jewel.

Dated:  September 20, 2019              By:

**COUNSEL FOR PLAINTIFFS:**

*s/ Thomas E. Moore III*

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (SBN 145997)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303))
DAVID GREENE (SBN 160107)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046 )
AARON MACKEY (SBN 286647)

KEKER, VAN NEST & PETERS, LLP
RACHAEL E. MENY (SBN 178514)
MICHAEL S. KWUN (SBN 198945
BENJAMIN BERKOWITZ (SBN 244441)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE (SBN 121156)

ROYSE LAW FIRM, PC
THOMAS E. MOORE III (SBN 115107)

LAW OFFICE OF ARAM ANTARAMIAN
ARAM ANTARAMIAN (SBN 239070)

**COUNSEL FOR THE GOVERNMENT ENTITY AND OFFICIAL CAPACITY DEFENDANTS:**

STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
tony.coppolino@usdoj.gov
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov

_____s/ *Marcia Berman*_____
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470


**COUNSEL FOR THE INDIVIDUAL CAPACITY DEFENDANTS:**

BRIAN HAUCK
Deputy Assistant Attorney General

RUPA BHATTACHARYYA
Director, Torts Branch

/s/ *James R  Whitman*
JAMES R. WHITMAN (D.C. Bar No. 987694)
Senior Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044-7146
Tel: (202) 616-4169
Fax: (202) 616-4314
james.whitman@usdoj.gov

**ORDER**

IT IS SO ORDERED.

Dated: September 25, 2019

_____
HON. JEFFREY S. WHITE