| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@keker.com.com |
| LEE TIEN (SBN 148216) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| KURT OPSAHL (SBN 191303) | bberkowitz@keker.com |
| MARK RUMOLD (SBN 279060) | KEKER, VAN NEST & PETERS, LLP |
| DAVID GREENE (SBN 160107) | 633 Battery Street |
| JAMES S. TYRE (SBN 083117) | San Francisco, CA  94111 |
| ANDREW CROCKER (SBN 291596) | Telephone:  (415) 391-5400 |
| ELECTRONIC FRONTIER FOUNDATION | Fax:   (415) 397-7188 |
| 815 Eddy Street | |
| San Francisco, CA  94109 | RICHARD R. WIEBE (SBN 121156) |
| Telephone:  415/436-9333; Fax:  415/436-9993 | wiebe@pacbell.net |
| | LAW OFFICE OF RICHARD R. WIEBE |
| THOMAS E. MOORE III (SBN 115107) | One California Street, Suite 900 |
| tmoore@rroyselaw.com | San Francisco, CA 94111 |
| ROYSE LAW FIRM, PC | Telephone:  415/433-3200; Fax:  415/433-6382 |
| 1717 Embarcadero Road | |
| Palo Alto, CA 94303 | ARAM ANTARAMIAN (SBN 239070) |
| Telephone:  650/813-9700; Fax:  650/813-9777 | aram@eff.org |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Telephone:  (510) 289-1626 |

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, et al., | Case No. 4:13-cv-03287 JSW |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL OF JUSTINA SESSIONS** |
| v. | Location:  Courtroom 5, 2nd Floor |
| NATIONAL SECURITY AGENCY, et al., | Judge:     Hon. Jeffrey S. White |
| Defendants. | Trial Date:  TBD |

1  PLEASE TAKE NOTICE that the undersigned is no longer associated with the law firm
2  of Keker, Van Nest & Peters, LLP and has withdrawn his appearance as counsel for Plaintiffs.
3  Rachael E. Meny and Benjamin Berkowitz of Keker, Van Nest & Peters LLP remain as
4  counsel of record for Plaintiffs.

Dated: October 30, 2020                    KEKER, VAN NEST & PETERS LLP

                                           By: /s/ Justina K. Sessions
                                               JUSTINA K. SESSIONS
                                               RACHAEL E. MENY
                                               BENJAMIN BERKOWITZ

                                               Attorneys for Plaintiffs FIRST
                                               UNITARIAN CHURCH OF LOS
                                               ANGELES, et al.