UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-03287-JSW<br><br>**ORDER REQUIRING JOINT CASE STATUS CONFERENCE STATEMENT**<br><br>Re: Dkt. No. 150 |

On September 25, 2019, this Court entered a stipulated stay of this matter pending final disposition of the appeal of *Jewel v. National Security Agency*, N.D. Cal. Case No. 08-cv-04373-JSW ("*Jewel*"), which was then pending before the Ninth Circuit Court of Appeals as Case. No. 19-16066. On August 17, 2021, the Ninth Circuit affirmed this Court's order granting summary judgment and dismissal in *Jewel*. On October 26, 2021, the Ninth Circuit denied the petition for panel rehearing and on November 3, 2021, the Ninth Circuit issued the mandate. On June 13, 2022, the Supreme Court of the United States denied the petition for writ of certiorari.

Accordingly, as the disposition of the appeal in *Jewel* is final, the Court HEREBY ISSUES this order requiring the parties to meet and confer and submit a joint status conference statement by no later than July 22, 2022, indicating the parties' positions on how they wish to proceed in this matter.

**IT IS SO ORDERED.**

Dated:  July 8, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Judge