[COUNSEL LISTED ON FOLLOWING PAGE]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES; et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>                    Defendants. | Case No. 13-CV-3287-JSW<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br> AND ORDER THEREON |

DAVID GREENE (SBN 160107)
davidg@eff.org
CINDY COHN (SBN 145997)
cindy@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ANDREW CROCKER (SBN 291596)
andrew@eff.org
KURT OPSAHL (SBN 191303)
kurt@eff.org
LEE TIEN (SBN 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Fax: (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California St, Ste 2300
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, California 94111
Tel.: (415) 391-5400
Fax: (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tom.moore@haynesboone.com
HAYNES BOONE, LLP
525 University Avenue Suite 400
Palo Alto, CA 94301
Tel.: (650) 687-8800
Fax: (650) 687-8801

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

Counsel for Plaintiffs

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys

U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:    (202) 514-3358
Email:  james.gilligan@usdoj.gov

Counsel for the Government Defendants

JAMES R. WHITMAN (D.C. Bar No. 987694)
Tel:    (202) 616-4169
Email:  james.whitman@usdoj.gov
JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)
Tel:    (202) 616-4330
Email:  jeremy.brumbelow@usdoj.gov

Senior Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044

Counsel for the Individual-Capacity Defendants

1    The parties respectfully submit this Joint Case Status Conference Statement, indicating the
2    parties' positions on how they wish to proceed in this matter, in response to the Court's July 8, 2022,
3    Order Requiring Joint Case Status Conference Statement.  ECF No. 153.

4    Upon receipt of this Court's Order, the parties conferred as directed and began discussing
5    next steps.  Plaintiffs' counsel endeavored to contact their clients with the goal of obtaining consent
6    to reach a resolution of this matter. These efforts have been hindered somewhat by the summer
7    vacations schedules of client representatives.  Counsel for the Government Defendants and the
8    Individual-Capacity Defendants are in the process of conferring with their clients regarding the
9    resolution of the case discussed with Plaintiffs' counsel, and of gathering additional information that
10   is needed for the parties' discussions.

11   In light of the progress they have made the parties wish to continue their discussions and
12   efforts toward a potential resolution of this matter, and therefore jointly ~~propose to submit~~ shall file another
13   Joint Case Status Conference Statement ~~in 30 days~~ by no later than August 26, 2022.

Dated:  July 22, 2022



Dated:  July 25, 2022

Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**

*/s/ David Greene*
DAVID GREENE (SBN 160107)
CINDY COHN (SBN 145997)
AARON MACKEY (SBN 286647)
ANDREW CROCKER (SBN 291596)
KURT OPSAHL (SBN 191303)
LEE TIEN (SBN 148216)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: davidg@eff.org, cindy@eff.org,
         amackey@eff.org, andrew@eff.org,
         kurt@eff.org, tien@eff.org

RACHAEL E. MENY (SBN 178514)
BENJAMIN BERKOWITZ (SBN 244441)
KEKER, VAN NEST & PETERS, LLP

RICHARD R. WIEBE (SBN 121156)
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III (SBN 115107)
HAYNES BOONE, LLP

ARAM ANTARAMIAN (SBN 239070)
LAW OFFICE OF ARAM ANTARAMIAN

**COUNSEL FOR THE GOVERNMENT DEFENDANTS:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys

U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 514-3358
Email: james.gilligan@usdoj.gov

**COUNSEL FOR THE INDIVIDUAL-CAPACITY DEFENDANTS**

*/s/ James R. Whitman*
JAMES R. WHITMAN (D.C. Bar No. 987694)
Tel:     (202) 616-4169
Email: james.whitman@usdoj.gov

JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)
Tel:     (202)616-4330
Email: jeremy.brumbelow@usdoj.gov

Senior Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044