| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>AARON MACKEY (SBN 286647)<br>amackey@eff.org<br>ANDREW CROCKER (SBN 291596)<br>andrew@eff.org<br>KURT OPSAHL (SBN 191303)<br>kurt@eff.org<br>LEE TIEN (SBN 148216)<br>tien@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel: (415) 436-9333<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>425 California St, Ste 2300<br>San Francisco, CA 94104<br>Tel: (415) 433-3200<br><br>RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER, VAN NEST & PETERS, LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Tel: (415) 391-5400<br><br>THOMAS E. MOORE III (SBN 115107)<br>tom.moore@haynesboone.com<br>Haynes Boone, LLP<br>525 University Avenue Suite 400<br>Palo Alto, CA 94301<br>Tel: (650) 687-8800 | ARAM ANTARAMIAN (SBN 239070)<br>antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Tel: (510) 289-1626<br><br>Counsel for Plaintiffs<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br>JAMES J. GILLIGAN<br>JULIA A. HEIMAN<br>OLIVIA HUSSEY SCOTT<br>Attorneys<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-3358<br>Email: james.gilligan@usdoj.gov<br><br>Counsel for the Government Defendants<br><br>JAMES R. WHITMAN (D.C. Bar No. 987694)<br>Tel: (202) 616-4169<br>Email: james.whitman@usdoj.gov<br>JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)<br>Tel: (202) 616-4330<br>Email: jeremy.brumbelow@usdoj.gov<br>Senior Trial Attorneys<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044<br><br>Counsel for the Individual-Capacity Defendants |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>    Defendants. | Case No. 13-CV-3287-JSW<br><br>**JOINT CASE STATUS CONFERENCE STATEMENT** AND ORDER THEREON, AS MODIFIED |

Pursuant to the Court's order of July 25, 2022, ECF No. 155, the parties respectfully submit this Joint Case Status Conference Statement, indicating the parties' positions on how they wish to proceed in this matter.

As of this filing, Plaintiffs' counsel have contacted all of their clients and obtained consent to reach a resolution of this matter consistent with the general terms discussed with counsel for Defendants. Counsel for Defendants continue to confer with their clients regarding the resolution of the case on those terms, and to gather additional information needed to advance the parties' discussions. The parties have also discussed resolving this matter together with other pending cases raising similar claims and issues, *Shubert v. Biden*, No. 4:07-cv-00693-JSW, and *Smith v. Biden*, No. 2:13-cv-00257-BLW (D. Idaho).

In light of the progress they continue to make, the parties wish to continue their discussions and efforts toward a potential resolution of this matter and other similar matters, and therefore jointly propose to submit another Joint Case Status Conference Statement on September ~~30~~ 28, 2022.

Dated: August 24, 2022

                                        Respectfully submitted,

                                        By:

                                        **COUNSEL FOR PLAINTIFFS:**

                                        */s/ Cindy Cohn*
                                        CINDY COHN (SBN 145997)
                                        AARON MACKEY (SBN 286647)
                                        ANDREW CROCKER (SBN 291596)
                                        KURT OPSAHL (SBN 191303)
                                        LEE TIEN (SBN 148216)

                                        ELECTRONIC FRONTIER FOUNDATION
                                        815 Eddy Street
                                        San Francisco, CA 94109
                                        Tel.: (415) 436-9333

                                        Email: davidg@eff.org, cindy@eff.org,
                                        amackey@eff.org, andrew@eff.org,
                                        kurt@eff.org, tien@eff.org

                                        RACHAEL E. MENY (SBN 178514)
                                        BENJAMIN BERKOWITZ (SBN 244441)
                                        KEKER, VAN NEST & PETERS, LLP

                                        RICHARD R. WIEBE (SBN 121156)
                                        LAW OFFICE OF RICHARD R. WIEBE

| | |
|---|---|
| | THOMAS E. MOORE III (SBN 115107)<br>HAYNES BOONE, LLP<br><br>ARAM ANTARAMIAN (SBN 239070)<br>LAW OFFICE OF ARAM ANTARAMIAN<br><br>**COUNSEL FOR THE GOVERNMENT DEFENDANTS:**<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br>_/s/ James J. Gilligan_*<br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br><br>JULIA A. HEIMAN<br>OLIVIA HUSSEY SCOTT<br>Attorneys<br><br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Phone: (202) 514-3358<br>Email: james.gilligan@usdoj.gov |
| Dated: August 25, 2022 | **COUNSEL FOR THE INDIVIDUAL-CAPACITY DEFENDANTS**<br><br>_/s/ James R. Whitman_<br>JAMES R. WHITMAN (D.C. Bar No. 987694)<br>Tel: (202) 616-4169<br>Email: james.whitman@usdoj.gov<br><br>JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)<br>Tel: (202)616-4330<br>Email: jeremy.brumbelow@usdoj.gov<br><br>Senior Trial Attorneys<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044 |



IT IS SO ORDERED AS MODIFIED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*