CINDY COHN (SBN 145997)
cindy@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ANDREW CROCKER (SBN 291596)
andrew@eff.org
KURT OPSAHL (SBN 191303)
kurt@eff.org
LEE TIEN (SBN 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California St, Ste 2300
San Francisco, CA 94104
Tel: (415) 433-3200

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, California 94111
Tel: (415) 391-5400

THOMAS E. MOORE III (SBN 115107)
tom.moore@haynesboone.com
Haynes Boone, LLP
525 University Avenue Suite 400
Palo Alto, CA 94301
Tel: (650) 687-8800

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Tel: (510) 289-1626

Counsel for Plaintiffs

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-8491
Email: olivia.hussey.scott@usdoj.gov

Counsel for the Government Defendants

JAMES R. WHITMAN (D.C. Bar No. 987694)
Tel:    (202) 616-4169
Email: james.whitman@usdoj.gov
JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)
Tel:    (202) 616-4330
Email: jeremy.brumbelow@usdoj.gov
Senior Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044

Counsel for the Individual-Capacity Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 13-CV-3287-JSW <br><br> **JOINT CASE STATUS CONFERENCE STATEMENT** |

Pursuant to the Court's order of July 25, 2022, ECF No. 155, the parties respectfully submit this Joint Case Status Conference Statement, indicating the parties' positions on how they wish to proceed in this matter.

As of this filing, Plaintiffs' counsel have contacted all of their clients and obtained consent to reach a resolution of this matter consistent with the general terms discussed with counsel for Defendants. Counsel for Defendants continue to confer with their clients regarding the resolution of the case on those terms, and to gather additional information needed to advance the parties' discussions. The parties have also discussed resolving this matter together with other pending cases raising similar claims and issues, *Shubert v. Biden*, No. 4:07-cv-00693-JSW, and *Smith v. Biden*, No. 2:13-cv-00257-BLW (D. Idaho).

In light of the progress they continue to make, the parties wish to continue their discussions and efforts toward a potential resolution of this matter and other similar matters, and therefore jointly propose to submit another Joint Case Status Conference Statement on October 28, 2022.

Dated: September 28, 2022

Respectfully submitted,

By:

**COUNSEL FOR PLAINTIFFS:**

 /s/ Aaron Mackey
CINDY COHN (SBN 145997)
AARON MACKEY (SBN 286647)
ANDREW CROCKER (SBN 291596)
KURT OPSAHL (SBN 191303)
LEE TIEN (SBN 148216)

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333

Email: davidg@eff.org, cindy@eff.org, amackey@eff.org, andrew@eff.org, kurt@eff.org, tien@eff.org

RACHAEL E. MENY (SBN 178514)
BENJAMIN BERKOWITZ (SBN 244441)
KEKER, VAN NEST & PETERS, LLP

RICHARD R. WIEBE (SBN 121156)
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III (SBN 115107)
HAYNES BOONE, LLP

ARAM ANTARAMIAN (SBN 239070)
LAW OFFICE OF ARAM ANTARAMIAN

**COUNSEL FOR THE
GOVERNMENT DEFENDANTS:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Olivia Hussey Scott*
JAMES J. GILLIGAN
Special Litigation Counsel

JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys

U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 616-8491
Email: olivia.hussey.scott@usdoj.gov

**COUNSEL FOR THE INDIVIDUAL-
CAPACITY DEFENDANTS**

*/s/  Jeremy Scott Brumbelow*
JAMES R. WHITMAN (D.C. Bar No. 987694)
Tel:     (202) 616-4169
Email:  james.whitman@usdoj.gov

JEREMY  SCOTT  BRUMBELOW  (Arkansas Bar No. 96145)
Tel:     (202)616-4330
Email:  jeremy.brumbelow@usdoj.gov

Senior Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*