| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>DAVID GREENE (SBN 160107)<br>davidg@eff.org<br>AARON MACKEY (SBN 286647)<br>amackey@eff.org<br>ANDREW CROCKER (SBN 291596)<br>andrew@eff.org<br>LEE TIEN (SBN 148216)<br>tien@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel:  (415) 436-9333<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>425 California St, Ste 2300<br>San Francisco, CA 94104<br>Tel:  (415) 433-3200<br><br>RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER, VAN NEST & PETERS, LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Tel:  (415) 391-5400<br><br>THOMAS E. MOORE III (SBN 115107)<br>tom.moore@haynesboone.com<br>Haynes Boone, LLP<br>525 University Avenue Suite 400<br>Palo Alto, CA 94301<br>Tel:  (650) 687-8800 | ARAM ANTARAMIAN (SBN 239070)<br>antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Tel: (510) 289-1626<br><br>Counsel for Plaintiffs<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br>JAMES J. GILLIGAN<br>JULIA A. HEIMAN<br>OLIVIA HUSSEY SCOTT<br>Attorneys<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel:    (202) 514-3358<br>Email:  james.gilligan@usdoj.gov<br><br>Counsel for the Government Defendants<br><br>JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)<br>Tel:    (202) 616-4330<br>Email:  jeremy.brumbelow@usdoj.gov<br>Senior Trial Attorneys<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C.  20044<br><br>Counsel for the Individual-Capacity Defendants |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>            Defendants. | Case No. 4:13-CV-3287-JSW<br><br>**JOINT CASE STATUS CONFERENCE STATEMENT** |

Pursuant to the Court's order of July 25, 2022, ECF No. 155, the parties respectfully submit this Joint Case Status Conference Statement, indicating the parties' positions on how they wish to proceed in this matter.

As of this filing, counsel for Plaintiffs and the Government Defendants have contacted all of their clients and obtained consent to reach a resolution of this matter based on general terms discussed earlier between counsel. The Government Defendants have also now completed their due diligence needed to formulate specific terms on which they believe this matter can be resolved, and have presented a proposal to Plaintiffs for their consideration. The parties continue to discuss the exact terms of a resolution.

In light of the progress they continue to make, the parties wish to continue their discussions and efforts toward a potential resolution of this matter and other similar matters, and therefore jointly propose to submit another Joint Case Status Conference Statement on April 7, 2023.

Dated: March 6, 2023

Respectfully submitted,

By:

**COUNSEL FOR PLAINTIFFS:**

 */s/ David Greene*
DAVID GREENE (SBN 160107)
CINDY COHN (SBN 145997)
AARON MACKEY (SBN 286647)
ANDREW CROCKER (SBN 291596)
 LEE TIEN (SBN 148216)

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333

Email: davidg@eff.org, cindy@eff.org,
amackey@eff.org, andrew@eff.org,
kurt@eff.org, tien@eff.org

RACHAEL E. MENY (SBN 178514)
BENJAMIN BERKOWITZ (SBN 244441)
KEKER, VAN NEST & PETERS, LLP

RICHARD R. WIEBE (SBN 121156)
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III (SBN 115107)
HAYNES BOONE, LLP

ARAM ANTARAMIAN (SBN 239070)
LAW OFFICE OF ARAM ANTARAMIAN

**COUNSEL FOR THE GOVERNMENT DEFENDANTS:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys

U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 514-3358
Email:  james.gilligan@usdoj.gov

**COUNSEL FOR THE INDIVIDUAL-CAPACITY DEFENDANTS**

 /s/ Jeremy Scott Brumbelow
JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)
Tel:    (202)616-4330
Email:  jeremy.brumbelow@usdoj.gov

Senior Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*