CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
davidg@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
ANDREW CROCKER (SBN 291596)
andrew@eff.org
LEE TIEN (SBN 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California St, Ste 2300
San Francisco, CA 94104
Tel: (415) 433-3200

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
BENJAMIN W. BERKOWITZ (SBN 244441)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, California 94111
Tel: (415) 391-5400

THOMAS E. MOORE III (SBN 115107)
tom.moore@haynesboone.com
HAYNES BOONE, LLP
525 University Avenue Suite 400
Palo Alto, CA 94301
Tel: (650) 687-8800

Counsel for Plaintiffs

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMES J. GILLIGAN
JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044
Tel:    (202) 514-3358
Email: james.gilligan@usdoj.gov

Counsel for the Government Defendants

JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)
Tel:    (202) 616-4330
Email: jeremy.brumbelow@usdoj.gov
Senior Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044

Counsel for the Individual-Capacity Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>  Defendants. | Case No. 4:13-CV-3287-JSW<br><br>**JOINT STIPULATION REGARDING DISMISSAL** |

WHEREAS Plaintiffs brought this action for declaratory, injunctive, and monetary relief challenging the bulk collection of telephony metadata (also known as BR metadata) by Defendant National Security Agency ("NSA") conducted pursuant to section 215 of the USA-PATRIOT Act, Pub. L. No. 107-56, 115 Stat. 272 (2001) ("Section 215"), as contrary to Plaintiffs' constitutional and statutorily protected rights;

WHEREAS, the Government affirms that on November 29, 2015, NSA ceased bulk collection of telephony metadata under Section 215 and has not thereafter resumed such bulk collection, in accordance with sections 103 and 109 of the USA FREEDOM Act, Pub. L. No. 114-22, 129 Stat. 268, which prohibit the Government from obtaining telephony metadata in bulk under Section 215;

WHEREAS, on November 24, 2015, the Government adopted procedures, approved by the Attorney General, for the retention and use after November 28, 2015, of BR metadata previously collected in bulk under Section 215 (*see* Attachment A, Notice Regarding Procedures for the Retention and Use After November 28, 2015, of Call Detail Records Previously Produced Pursuant to This Court's Orders, filed with the Foreign Intelligence Surveillance Court ("FISC") (hereinafter "Procedures for Retention"));

WHEREAS, paragraph 3.D of the Procedures for Retention provides that the Government, after November 28, 2015, may preserve and/or store such BR metadata to meet its preservation obligations in this action and in *Jewel, et al. v. National Security Agency, et al.*, No. 4:08-cv-4373-JSW (N.D. Cal.) ("*Jewel*");

WHEREAS, paragraph 3.E of the Procedures for Retention provides that, with exceptions stated therein, all such BR metadata will be destroyed as expeditiously as possible after resolution of the preservation issues raised in this case and *Jewel*;

WHEREAS, on November 24, 2015, the FISC issued an Opinion and Order (Attachment B) finding that the aforesaid procedures satisfied applicable legal requirements and directing that the Government follow those procedures following November 28, 2015;

WHEREAS, the litigation in *Jewel* is now terminated, and the Government's preservation obligations under orders issued by the Court in that case are no longer extant;

WHEREAS, the Government is seeking without need of further litigation to resolve two other cases, *Shubert v. Biden*, No. 4:07-cv-00693-JSW, and *Smith v. Biden*, No. 2:13-cv-00257-BLW (D. Idaho), and to resolve as expeditiously as possible a third case, *Castellanos v. United States*, No. 5:22-cv-00440 (E.D.N.C.), all of which raise (or potentially raise) preservation issues concerning BR metadata collected under Section 215; and

WHEREAS, it is the Government's intention, as ordered by the FISC and affirmed by the NSA below, to destroy all remaining BR metadata collected under Section 215 in accordance with, and with the exceptions stated in, paragraph 3.E of the Procedures for Retention;

WHEREAS, paragraph 3.E of the Procedures for Retention provides that "disseminations of BR metadata that NSA disseminated in accordance with approved minimization procedures, query results of the BR metadata that form the basis of such disseminations, and summary reports prepared by NSA technical personnel for the technical purposes described in subparagraph C may be retained," the Government affirms that although the disseminations and summary reports cannot be catalogued in this document because of their classified nature, some sense of the magnitude[1] of the disseminations can be gleaned from the Office of the Director of National Intelligence transparency reports for calendar years 2013,[2] 2014,[3] and 2015.[4] The Government further affirms that regarding retention, disseminations, as with other SIGINT reports, are retained permanently. However, per DoD Manual S-5240.01-A (effective January 7, 2021) (relevant portions annexed as Attachment C), U.S. person information must be minimized prior to dissemination and dissemination of any U.S. Identity must be justified by need and requires approval from the appropriate authority, and the

---

[1] The number of U.S. persons who were subject to queries does not necessarily translate one-for-one to the number of disseminations.

[2] https://icontherecord.tumblr.com/transparency/odni_transparencyreport_cy2013. According to this report, in 2013, 248 known or presumed U.S. persons were the subject of queries of information collected in bulk or who were subject to a business records application.

[3] https://icontherecord.tumblr.com/transparency/odni_transparencyreport_cy2014. According to this report, in 2014, 227 known or presumed U.S. persons were the subject of queries of information collected in bulk or who were subject to a business records application.

[4] https://icontherecord.tumblr.com/transparency/odni_transparencyreport_cy2015. According to this report, in 2015, 183 known or presumed U.S. persons were the subject of queries of information collected in bulk prior to the effective date of the relevant amendments to section 215 in the USA Freedom Act, or who were subject to a business records application at any time.

1  underlying U.S. person information in a SIGINT report, including query results, must be deleted
2  after 5 years, unless an exception applies.[5]
3      IT IS HEREBY STIPULATED by all parties hereto, as follows:
4      1. The parties respectfully request that the Court vacate its prior preservation order in this
5  action, ECF No. 103, to the extent it requires the Government to preserve BR metadata; relieve the
6  Government of any further obligation in this action to preserve BR metadata; and order that, so far as
7  this action is concerned, the Government is free to destroy such data. (A proposed form of order is
8  submitted herewith.)
9      2. Effective upon the Government filing a notice on the docket of this action affirming that it
10 has "destroyed all remaining BR metadata collected under Section 215 in accordance with, and with
11 the exceptions stated in, paragraph 3.E" of the Procedures for Retention (Attachment A):
12     (a) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in this
13 case against the Government Defendants[6] are hereby DISMISSED, with prejudice, all parties to bear
14 their own fees and costs; and
15     (b) pursuant to Rule 41(a)(1)(A)(i), Plaintiffs DISMISS all claims in this case against the
16 Defendants named in their individual capacities[7], with prejudice, all parties to bear their own fees
17 and costs.

---

[5] An unclassified version of the current manual is available at https://www.esd.whs.mil/Portals/54/Documents/DD/issuances/dodm/S-524001-A.PDF?ver=SPh6FZicXc8uH192MI8o3w%3D%3D&timestamp=1610651794685.

[6] The Government Defendants are the National Security Agency ("NSA"); Paul M. Nakasone, Director of the NSA, in his official capacity; the United States Department of Justice; Merrick B. Garland, Attorney General of the United States, in his official capacity; Assistant Attorney General for National Security Matthew G. Olsen, in his official capacity; the Federal Bureau of Investigation ("FBI"); Christopher Wray, Director of the FBI, in his official capacity; and Avril Haines, Director of National Intelligence, in her official capacity.

[7] The individual-capacity Defendants are former NSA Director Adm. Michael S. Rogers; Eric H. Holder, former Attorney General of the United States; John P. Carlin, former Acting Assistant Attorney General for National Security; James B. Comey, former Director of the FBI; and James R. Clapper, former Director of National Intelligence.

Respectfully submitted,

By:

**COUNSEL FOR PLAINTIFFS:**

_____
CINDY COHN
DAVID GREENE
AARON MACKEY
ANDREW CROCKER
LEE TIEN
ELECTRONIC FRONTIER FOUNDATION

RACHAEL E. MENY
BENJAMIN BERKOWITZ
KEKER, VAN NEST & PETERS, LLP

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III
HAYNES BOONE, LLP

**COUNSEL FOR THE GOVERNMENT DEFENDANTS:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General


_____
JAMES J. GILLIGAN
Special Litigation Counsel

JULIA A. HEIMAN
OLIVIA HUSSEY SCOTT
Attorneys

U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 514-3358
Email: james.gilligan@usdoj.gov

**COUNSEL FOR THE INDIVIDUAL-CAPACITY DEFENDANTS**

JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)
Tel:    (202)616-4330
Email: jeremy.brumbelow@usdoj.gov

Senior Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044

As to the Government's intention, stated above, to destroy all remaining BR metadata collected under Section 215 in accordance with, and with the exceptions stated in, paragraph 3.E of the aforesaid procedures (Attachment A):

*[signature: Marv Johnson]*

MARV JOHNSON

Chief of Operations Mission Integration
Directorate of Operations
National Security Agency