| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>DAVID GREENE (SBN 160107)<br>davidg@eff.org<br>AARON MACKEY (SBN 286647)<br>amackey@eff.org<br>ANDREW CROCKER (SBN 291596)<br>andrew@eff.org<br>LEE TIEN (SBN 148216)<br>tien@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Tel: (415) 436-9333<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>425 California St, Ste 2300<br>San Francisco, CA 94104<br>Tel: (415) 433-3200<br><br>RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER, VAN NEST & PETERS, LLP<br>633 Battery Street<br>San Francisco, California 94111<br>Tel: (415) 391-5400<br><br>THOMAS E. MOORE III (SBN 115107)<br>tom.moore@haynesboone.com<br>HAYNES BOONE, LLP<br>525 University Avenue Suite 400<br>Palo Alto, CA 94301<br>Tel: (650) 687-8800<br><br>Counsel for Plaintiffs | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>JAMES J. GILLIGAN<br>JULIA A. HEIMAN<br>OLIVIA HUSSEY SCOTT<br>Attorneys<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-3358<br>Email: james.gilligan@usdoj.gov<br><br>Counsel for the Government Defendants<br><br>JEREMY SCOTT BRUMBELOW (Arkansas Bar No. 96145)<br>Tel: (202) 616-4330<br>Email: jeremy.brumbelow@usdoj.gov<br>Senior Trial Attorneys<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044<br><br>Counsel for the Individual-Capacity Defendants |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FIRST UNITARIAN CHURCH OF LOS ANGELES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:13-CV-3287-JSW<br><br>[~~PROPOSED~~] ORDER VACATING PRESERVATION ORDER |

For the reasons given by the parties in their Joint Stipulation Regarding Dismissal filed September 8, 2023 ("Joint Stipulation"), and to facilitate the resolution of this matter as contemplated therein,

IT IS HEREBY ORDERED THAT:

1. The Court's Order of March 21, 2014 (ECF No. 103), concerning the preservation of evidence that may be relevant to this action, is hereby VACATED.
2. The Government is hereby relieved of any further preservation obligation in this action and, for purposes of this action, is free to destroy the "BR metadata" described in the parties' Joint Stipulation.

So ORDERED this   11th   day of September, 2023.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE